2/12/13

*13 - 3196*
*(FSH)*

Tino Cuervo
36 Hawthorne Place, Apt. 5R
Montclair, New Jersey 07042
Cell#: 862-686-1993
Home#: 973-707-2233


Equal Employment Opportunity Commission
Newark Area Office
1 Newark Center, 21st Floor
Newark, New Jersey 07102-5233


To Whom It May Concern:

As per your instructions I filled the Intake Questionnaire to augment the paperwork that I filed with your office on 1/10/13. Also enclosed you will find a copy of a journal or for a better lack of a word, a black book. From my perspective this journal would be utilized for the sole purpose of Black listing certain parties. It has come to my attention that this is book number 2 and that another book that I was unable to put my hands on, exists. I consider this to be proof positive that through his surrogate, Roundsman, Samir Ghaly, that Brian Kelly is waging a campaign of intimidation, harassment, discrimination, and creating a hostile work environment for those of African-American and Hispanic-American descent. It would be greatly appreciated that this matter be fully investigated and that all guilty parties be compelled to testify on these egregious offenses. Thank you for your time and consideration.

Sincerely,


Tino Cuervo

5/20/13

13-3196 (FSH)

NYSA-PPGU
889 Broadway
Bayonne, New Jersey 07002-3032
201-823-9050

John T. Oates – President
Paul Punturieri – Vice-President
Raymond Gorski – Secretary Treasurer/Business Agent
Mohamed Arbab – Recording Secretary
Eric Rasmussen – Sergeant-of-Arms

To Ray Gorski:

This grievance is in response to me being banned from working at Global Terminal. This occurrence took place on the morning of Friday May 17, 2003. On the morning of Friday the 17th, I was not feeling well and was drowsy due to taking cold medication before I left my house for my shift at work. I left not too long after my shift began to be seen by my doctor. I am forwarding my doctor's note along with this grievance. As you can see the doctor's note verifies the illness I was and am suffering from and my condition due to the medication. I now charge Samir Ghaly, Brian Kelly and APG, Local 1456, and the Seniority Board of NYSA for diminishing my auto-immune system by subjecting me to immeasurable and unconstrained stress by subjecting me to not one but ten interrogations by surrogates of Brian Kelly of APG, having other security officers conduct surveillance(spying) while I am on my post. Due to the unwarranted level of stress, I also charge the aforementioned parties, to cause me immeasurable sleepless nights that also contributed to the diminished capacity of my auto-immune system making me more susceptible to illnesses. I will be seeking legal redress for the unconscionable actions of all parties on my person.

Sincerely,


Tino Cuervo



1\19/2012

*Received 11-19-12*
*mcc*

NYSA-PPGU   Local 1456
889 Broadway
Bayonne, New Jersey 07002-3032
201-823-9050

John T. Oates – President
Paul Punturieri – Vice-President
Raymond Gorski – Secretary-Treasurer/Business Agent
Mohamed Arbab – Recording Secretary
Eric Rasmussen – Sergeant-of-Arms

I Tino Cuervo, port-watchman at Global Terminal, am filing a grievance against the parties listed below:

1) Asset Protection Group (APG) under Brian Kelly
2) NYSA-PPGU
3) Global Terminal, Jersey City, NJ/NYCT, Staten Island, NY
4) New York Shipping Association (NYSA)
5) United States Coast Guard, Staten Island, NY

I charge Brian Kelly of APG of creating a hostile work environment by having port-watchmen act as informants against fellow port-watchmen and for violating our constitutional right to privacy by installing a spy camera to monitor the actions of guards. I charge Brian Kelly of APG for discrimination by issuing suspensions to African-Americans and Hispanic-Americans almost exclusively.

I charge NYSA-PPGU for acting in collusion with Brian Kelly of APG by circumventing the procedural process outlined in the port-watchmen rules and regulations manual as it pertains to suspensions and terminations. NYSA-PPGU has allowed Brian Kelly of APG to mete out suspensions and terminations to his discretion, contrary to what is prescribed in the manual.

I charge NYSA-PPGU, APG, Global Terminal & New York Container Terminal and NYSA for acting in concert in having port-watchmen work out of title. At Global Terminal guards have been charging hand held computers (until recently) of the checkers and TIR men. Guards

have also been dispensing keys for longshoremen vehicles.  At NYCT guards have been dispensing keys for longshoremen vehicles and the guards who are on patrol for shifts 4pm-12am and 12am-8am, have been checking the temperatures of refrigerated containers and logging them down.  They also have to report any refrigerated container that shuts down to the guard at the Main Gate.  This process has been going on at least for 15 years with the knowledge of the aforementioned parties.

I charge NYSA-PPGU, APG, and Global Terminal for violations of security protocol.  On Friday 9/28/12, Roundsman Samir Ghaly, informed the guards at Inbound Gate B and the Construction Gate while I was present, that on Monday 10/1/12, that Inbound Gate B would be opened and unmanned the whole day, a complete violation of security protocol.  On said date, Inbound Gate was unmanned for the first hour of operation 5am-6am.  On Tuesday 10/2/12, Roundsman Samir Ghaly informed me that the Coast Guard and NYSA-PPGU was called about the unmanned gate.  In order for Samir Ghaly to have this information the Coast Guard would have had to call Global Terminal and inform them that there was a whistleblower on the terminal.  Since the United Stated Coast Guard is a military branch of the federal government, they fall under the auspices of all federal laws.  As a federal entity, the United States Coast Guard is prohibited by the Whistleblower Protection Act of 1989, a federal law, from seeking retribution or exposing any whistleblower.  I now charge the United States Coast Guard for violating the federal Whistleblower Protection Act of 1989.

On Tuesday 10/10/12 and Wednesday 10/11/12, APG with their attorney/investigator Stephanie, proceeded to conduct an internal investigation under the guise that a hostile work environment was being created by rumors going about.  On both those days I was summoned and asked questions by the attorney/investigator Stephanie, which she proceeded to write down on a notepad.  On Wednesday 10/17/12 I was summoned again to answer questions.  It was at that inquiry I refused to answer any more questions without an attorney present.  She informed me that I was not privy to an attorney because it was a union matter.  I guess she forgot there was a constitution.  I requested for my union rep Raymond Gorski to be present so they set up a meeting on Thursday 10/18/12.  Before Mr. Gorski, I, and APG's attorney Stephanie sat down, I had a private consult with Mr. Gorski and he informed me that I should have notified him as soon as the investigation began back on 10/10/12.  Since Mr. Gorski had no prior knowledge of this investigation, Mr. Kelly of APG and his attorney violated union protocol by not informing the union that they would be conducting an internal investigation and questioning union members.  On Friday 11/16/12, I was summoned again to sit down with APG's attorney Stephanie and my union rep Raymond Gorski.  After a few minutes I saw that APG's attorney was redundant in her line of questioning from our previous meetings and I informed her that I was not answering any more questions and it was over.  At that point Mr. Gorski ended the questioning and I returned to my post.

I have outlined in this aggrieved document violations of union protocol, violations of security protocol, civil rights violations, constitutional rights violations and violation of a federal statute.


Sincerely,

Tino Cuervo

Tino Cuervo  WFC 11993

# NYSA-PPGU LABOR RELATIONS COMMITTEE

889 Broadway, Bayonne, NJ  07002-3032 (201) 243-0660
333 Thornall Street, Suite 3A, Edison, NJ  08837 (732) 452-7800

First Class Mail

May 14, 2013

Mr. Tino Cuervo
36 Hawthorne Place
Montclair, New Jersey 07042

Re:    Appeal of March 21, 2013 Seniority Board Decision

Dear Mr. Cuervo:

On Wednesday, May 8, 2013, the NYSA-PPGU Labor Relations Committee (LRC) heard your appeal of the NYSA-PPGU Seniority Board's (Seniority Board) decision of March 21, 2013 (copies of the decision and your appeal are attached).

Your appeal relates to Determinations 2, 4 and 5 of the Seniority Board's decision and allegations about ownership of security cameras.

Because you were unable to identify the exact date in question or provide details about the date in question, your appeal of Determination 2 was denied.

Because no new evidence was supplied to warrant overturning the Seniority Board's decision, your appeal of Determinations 4 and 5 was denied.

Because your allegations about ownership of security cameras at APG were already addressed in the Seniority Board's decision of January 23, 2013 and in the LRC's decision of March 21, 2013, and as you failed to provide any evidence of APG's ownership of the security cameras on your appeal, review of this matter was denied.

The decision of the LRC is final and binding.

Very truly yours,

*Mary C. Cznadel*

**Mary Cznadel, Secretary**

cc:    Kenneth Karahuta – NYSA
       Frank Chimento - PNCT
       Mark Hanafee - APM
       Brian Kelly – APG
       John T. Oates – PPGU
       Raymond T. Gorski – PPGU
       Richard Ciampi, Esq.
       Stephen Davis, Esq.
       Joy M. Holz, Esq.



**Asset Protection Group**

**DATE:**   5/1/13

**TO:**   **TINO CUERVO – WFC #11993**

**FROM:**   **BRIAN KELLY**

**RE:**   **INCIDENT OF 3/13/13**
   **GEORGE REYNOLDS**
   **DIRECTOR OF SAFETY & SECURITY**
   **(MEMO ATTACHED)**
   **"WRONG CONTAINER EXITED FACILITY"**

This matter is under further inquiry.
   "Unit Inspection outbound at 1454."
   "You requested a break at 1158."

During your shift Container #NYKU 7028971 –
Depart the facility with a ticket for #NYKU 7032971 –

During your interview with Mark Riggio of APG, you stated you have no knowledge of this happening and that it may have taken place when you were on your break.

Should we need further information related to this matter you will be advised.

BJK:ic

cc.   John Oates – PPGU – Oates@PPGU.net
   Kenneth Karahuta – NYSA – kkarahuta@NYSAnet.org
   Ray Gorski – PPGU – Gorski@PPGU.net
   Rich Ciampi – Lambos Firm – Rciampi@lambosfirm.com



**Asset Protection Group**

To: Brian Kelly
President APG Security

From: Mark Riggio
Director of Operations

Re: Tino Cuervo Investigation

Date: April 4, 2013

## Investigation Regarding Security Officer Tino Cuervo

On Thursday April 4, 2013 at approximately 2pm I responded to Global Terminal at 302 Port Jersey Blvd. Jersey City, NJ to interview Mr. Tino Cuervo two incident reports I received regarding a breach of policy and Mr. Cuervo signing out the wrong truck.

I asked Mr. Cuervo about the first incident regarding him closing the gates before all the reefer trucks were able to exit the premises. Mr. Cuervo stated that it was a new post and he was not aware of the policy of only closing the gate after authorization from Global Management. He also stated that roving officer Sharon Reed told him that there were only three reefer trucks left in the yard and that he closed the gate after the last one left.

Mr. Cuervo was then asked about the wrong reefer truck exiting the property on a separate date. Mr. Cuervo staed that he had no knowledge of this happening and that maybe it took place when he was on break.

## Interview with Security Officer Rover Sharon Reed

On Thursday April 4, 2013 at around 315pm I interviewed Security Officer Sharon Reed regarding the incident that took place with Tino Cuervo closing the gate early before all the reefer trucks could exit. S/O Reed stated that the day in question that she told Tino that there were (3) reefer trucks left but also told him that there were more in the other yard but did not give an amount. S/O Reed also stated that the policy to have Global call the gate to give authorization was in place three weeks prior to this incident taking place.



# Global Terminal & Container Services, LLC
*"Committed To Service"*

To: Brian Kelly
APG Security

15 March 2013

From: George Reynolds
Director: Safety and Security
Global Terminal and Container Services LLC

Re: Security Officer Tino Cuervo WF# 11993

Brian,

On 13 March 2013 S.O. Cuervo was posted at the outbound construction gate that is also used for exiting refrigerated containers after they are serviced. The guard on duty is to check to make sure the Reefer containers exiting facility have completed moves and are the proper containers. During his shift container NYKU 7028971 left the facility with a ticket that was for container NYKU7032971. The only reason we found out about this mistake was because the company that picked the container up called to tell us they had the wrong container. This is a real issue to our business as the container could have been taken and we would have had no way to find out who took it if the company did not call and inform us of the issue.


Please let me know what disciplinary actions will be taken to correct this issue.



George Reynolds
Director: Safety/Security
Global Terminal and Container Services LLC
Office: 201-706-4030
Fax:201-451-1737
Cell: 908-380-1052




CC: Kevin Price, John Atkins, Jason Jasovski, David Brady, Dennis Kelly, Mark Kiely.



**Asset Protection Group**

DATE:       5/1/13

TO:         **TINO CUERVO – WFC #11993**

FROM:       **BRIAN KELLY**

RE:         **OUTBOUND GATE PROCEDURE**

Please be advised that while on duty at outbound gates that service the maintenance Repair/Reefer Department and the ongoing construction project at Global Terminal, the security officer is to communicate with the Maintenance and Repair/Reefer Department to verify that all customers have been serviced and have exited the terminal.

The officer is to log the date, time and individual from that department who advised that operations have been completed, prior to leaving their post.

The officer will also advise the main gate officer, who will also log the same information.

Should the communication be reversed (e.g.: Maintenance Repair & Reefer Department) give the order thru the main gate and both officers shall again log the same information in their log.

It is important that both departments communicate in an effort to avoid any confusion or delays in servicing customers at Global Terminal.

If there is any question or doubt it is imperative to contact the appropriate department prior to leaving your post or securing a gate.


BJK:ic

cc.     John Oates – PPGU – Oates@PPGU.net
        Kenneth Karahuta – NYSA – kkarahuta@NYSAnet.org
        Ray Gorski – PPGU – Gorski@PPGU.net
        Rich Ciampi – Lambos Firm – Rciampi@lambosfirm.com



**Asset Protection Group**

DATE:      5/1/13

TO:        TINO CUERVO

FROM:      BRIAN KELLY

RE:        CLOSING GATE WITHOUT AUTHORIZATION

On 3/11/13 you were assigned to the outbound construction gate. As you are aware this gate is also responsible for processing outbound refrigerated containers after servicing.

This gate is not to be closed until the Reefer Department notifies security that all reefer units have been completed and departed the terminal.

On this date you closed the gate and left your post without authorization.

There was still at least one reefer unit on the facility, thus causing a delay in closing the terminal and impeding the driver's departure.

You have been warned and counseled about this in the past but have continued to have disregard for Rules and Regulations.

Your failure to comply with the requirements of your duties as a Port Watchman will not be tolerated.

BJK:ic
cc.    John Oates – PPGU – Oates@PPGU.net
       Kenneth Karahuta - NYSA – kkarahuta@NYSAnet.org
       Ray Gorski – PPGU – Gorski@PPGU.net
       Rich Ciampi – Lambos Firm – Rciampi@Lambos.com

# SUPREME COURT OF NEW JERSEY
## DISTRICT ETHICS COMMITTEE
### For Middlesex County
### District VIII

Patricia M. Love, Esq., Chair
Glynn J. Dwyer, Esq., Vice Chair
Joshua D. Altman, Esq.
Anne M. Breslin, Esq.
William C. Cagney, Esq.
Kim M. Connor, Esq.
Staci A. Cosner, Esq.
Carlos Diaz-Cobo, Esq.
Howard Duff, Esq.
Vincent E. Gentile, Esq.
Daniel F. Gonzalez, Esq.
Michele G. Haas, Esq.
Evelyn M. Hartmann, Esq.
Valerie A. Jackson, Esq.
Maurice Jefferson, Esq.
Spero A. Kalambakas, Esq.
Phillip Nettl, Esq.
Gurpreet Pasricha, Esq.
Willard C. Shih, Esq.
Heather S. Timmons, Esq.
Peter A. Vignuolo, Esq.

Manny Gerstein, Esq., Secretary
1918 Highway 27
P.O. Box 593
Edison, N.J. 08818
(732) 985-0050

Mr. Alan E. Gordon
Mr. Bernard Gross
Ms. Elaine M. Jasko
Ms. Kathleen Killion
Mr. Michael Kohut
Rabbi Chaim A. Rogoff



**PERSONAL & CONFIDENTIAL**

March 20, 2013

**Mr. Tino Cuervo**
36 Hawthrone Place
Apartment #5-R
Montclair, NJ  07042

### RE:  <u>TINO CUERVO v. STEPHANIE D. GIRONDA, Esquire</u>

Dear Mr. Cuervo:

Please be advised that I am in receipt of your Attorney Ethics Grievance Form dated March 11, 2013.  Pursuant to *Rule* 1:20-3(e), I will notify you of my docketing decision within forty-five (45) days.  In the meantime, you will be copied on any correspondence I may send to Stephanie Gironda, Esquire in respect to the screening process.

Very truly yours,

*Manny Gerstein*  dm

**MANNY GERSTEIN**
Secretary

MG/dmm

# SUPREME COURT OF NEW JERSEY
## DISTRICT ETHICS COMMITTEE
### For Middlesex County
### District VIII



Patricia M. Love, Esq., Chair
Glynn J. Dwyer, Esq., Vice Chair
Joshua D. Altman, Esq.
Anne M. Breslin, Esq.
William C. Cagney, Esq.
Kim M. Connor, Esq.
Staci A. Cosner, Esq.
Carlos Diaz-Cobo, Esq.
Howard Duff, Esq.
Vincent E. Gentile, Esq.
Daniel F. Gonzalez, Esq.
Michele G. Haas, Esq.
Evelyn M. Hartmann, Esq.
Valerie A. Jackson, Esq.
Maurice Jefferson, Esq.
Spero A. Kalambakas, Esq.
Phillip Nettl, Esq.
Gurpreet Pasricha, Esq.
Willard C. Shih, Esq.
Heather S. Timmons, Esq.
Peter A. Vignuolo, Esq.

Manny Gerstein, Esq., Secretary
1918 Highway 27
P.O. Box 593
Edison, N.J. 08818
(732) 985-0050

Mr. Alan E. Gordon
Mr. Bernard Gross
Ms. Elaine M. Jasko
Ms. Kathleen Killion
Mr. Michael Kohut
Rabbi Chaim A. Rogoff

**PERSONAL & CONFIDENTIAL**

March 20, 2013

**STEPHANIE D. GIRONDA, Esqurie**
℅ WILENTZ, GOLDMAN & SPITZER, Esquires
90 Woodbridge Center Drive
Suite #900;  Box #10
Woodbridge, NJ  07095

### RE:  <u>TINO CUERVO v. STEPHANIE D. GIRONDA, Esquire</u>

Dear Ms. Gironda:

      Please be advised that we have received the enclosed grievance form from Tino Cuervo which **requires your written response (<u>an original and one copy</u>)**.  As I am under a mandate to resolve this matter promptly, it is imperative that you respond, in writing, **within fourteen (14) days of the date of this letter.**

      Very truly yours,

      **/S/ MANNY GERSTEIN**

      **MANNY GERSTEIN**
      Secretary

MG/dmm
Enclosure

cc:  Mr. Tino Cuervo (w/o enc.)

# SUPREME COURT OF NEW JERSEY
## DISTRICT ETHICS COMMITTEE
### For Middlesex County
### District VIII



Patricia M. Love, Esq., Chair
Glynn J. Dwyer, Esq., Vice Chair
Joshua D. Altman, Esq.
Anne M. Breslin, Esq.
William C. Cagney, Esq.
Kim M. Connor, Esq.
Staci A. Cosner, Esq.
Carlos Diaz-Cobo, Esq.
Howard Duff, Esq.
Vincent E. Gentile, Esq.
Daniel F. Gonzalez, Esq.
Michele G. Haas, Esq.
Evelyn M. Hartmann, Esq.
Valerie A. Jackson, Esq.
Maurice Jefferson, Esq.
Spero A. Kalambakas, Esq.
Phillip Nettl, Esq.
Gurpreet Pasricha, Esq.
Willard C. Shih, Esq.
Heather S. Timmons, Esq.
Peter A. Vignuolo, Esq.

Manny Gerstein, Esq., Secretary
1918 Highway 27
P.O. Box 593
Edison, N.J. 08818
(732) 985-0050

Mr. Alan E. Gordon
Mr. Bernard Gross
Ms. Elaine M. Jasko
Ms. Kathleen Killion
Mr. Michael Kohut
Rabbi Chaim A. Rogoff

**PERSONAL & CONFIDENTIAL**

April 23, 2013

**Mr. Tino Cuervo**
36 Hawthorne Place
Apartment #5-R
Montclair, NJ 07042

### RE: <u>TINO CUERVO v. STEPHANIE D. GIRONDA, Esquire</u>

Dear Mr. Cuervo:

Enclosed is Ms. Gironda's response to your grievance. Please be advised that the Supreme Court of New Jersey has established a policy that grievances that state facts that do not constitute unethical conduct of a New Jersey attorney shall be declined and not docketed. A copy of New Jersey Court *Rule* 1:20-3(e)(3) is attached.

After reviewing all of the documentation submitted I concluded that the facts stated in your grievance, even if proven, would not constitute unethical conduct or incapacity. I, therefore, referred the matter for review by a public member (i.e., non-lawyer) of this Committee. The public member agrees that your grievance, even if proven, would not constitute unethical conduct or incapacity. Therefore, our file in this matter has been closed. Please note that pursuant to *Rule* 1:20-3(e)(6), this declination is not appealable.

Very truly yours,

*Manny Gerstein* olm

**MANNY GERSTEIN**
Secretary

MG/dmm
Enclosure

cc: Stephanie D. Gironda, Esq. (w/Court Rule)

LAY MEMBER
APPROVING DISMISSAL

DATED

# WILENTZ

### WILENTZ, GOLDMAN & SPITZER P.A.

**ATTORNEYS AT LAW**

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3927
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

www.wilentz.com

Please reply to:
Woodbridge
Direct Dial: (732) 855-6027
Direct Fax: (732) 726-4716
e-mail: sgironda@wilentz.com

DAVID T. WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)
WARREN W. WILENTZ (1949-2010)

FREDERICK R. BECKER*
RICHARD F. LERT*
JOHN A. HOFFMAN
STEPHEN E. BARCAN
BARRY M. EPSTEIN †10
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH*
STUART A. HOBERMAN*3
STEPHEN A. SPITZER
ANNE S. BABINEAU7
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN7
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
JAMES E. TRABILSY
MAUREEN S. BINETTI4
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT4
MICHAEL F. SCHAFF27
ANGELO JOHN CIFALDI
KEVIN M. BERRY5
JOHN T. KELLY8
C. KENNETH SHANK2
EDWIN LEAVITT-GRUBERGER3
BRUCE M. KLEINMAN15
BARRY A. COOKE3
JON G. KUPILIK

PETER R. HERMAN4
EDWARD T. KOLE
HESSER G. McBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ C4
VIOLA S. LORDI7
LYNNE M. KIZIS
KEVIN P. RODDY3 10
DANIEL S. BERNHEIM 3d †3
DAVID H. STEIN
DOUGLAS WATSON LUBIC2
DOMINICK J. BRATTI
LISA A. GORAB7
LAWRENCE F. JACOBS7
BETH HINSDALE-PILLER
FRED HOPKE7
DONALD E. TAYLOR7
BRETT R. HARRIS7
JEFFREY W. CAPPOLA
ALFRED M. ANTHONY4
DARREN M. GELBER10
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM4
WILLARD C. SHIH7
LAWRENCE C. WEINER7
LAURIE E. MEYERS 14
JOHN M. CANTALUPO7
BARBARA A. QUACKENBOS7
DAVID P. PEPE
JOHN E. HOGAN7
EVERETT M. JOHNSON2
DANIEL R. LAPINSKI73
TODD E. LEHDER47
PHILIP A. TORTORETI 1112
KELLY A. ERHARDT-WOJIE 7
ALEX LYUBARSKY7
ELLEN TORREGROSSA-O'CONNOR

OF COUNSEL
ALAN B. HANDLER 5
FRANCIS V. BONELLO

COUNSEL
RUTH D. MARCUS 12
RICHARD J. BYRNES
JAMES E. TONREY, JR.2
DEIRDRE WOULFE PACHECO7
ROBERTO BENITES
JONATHAN J. BART23
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN23
BARBARA J. KOONZ16
FRANCINE E. TAJFEL7
EDWARD J. ALBOWICZ2
ELIZABETH C. DELL7
ROBERT L. SELVERS7
MICHAEL J. WEISSLITZ
JOHN P. MURDOCH II

ASSOCIATES
LINDA LASHBROOK
LETITIA ACCARRINO5
ALBERTINA WEBB7
MARY H. SMITH
ANNA I. MONFORTH
STEPHANIE D. GIRONDA
KEVEN H. FRIEDMAN25
GREGORY D. SHAFFER*c
LOUIS J. SEMINSKI, JR.
MICHAEL F. FRIED7
MATTHEW SKOLNIK7
ALYSON M. LEONE7
VINCENT CHENG7
JAMIE M. BENNETT2

MARCELLO DE PERALTA1c
KEITH L. HOVEY23
JOSEPH J. RUSSELL, JR.7
EMILY D. VAIL7c
CHERYL E. CONNORS
ANTHONY WILKINSON7
JAY B. FELDMAN7
JAMES TRACY
DANIEL J. KLUSKA
KARIN K. SAGE
REBECKA J. WHITMARSH7
CORINNE L. McCANN
SATISH V. POONDI
KUSH SHUKLA710
RACHEL C. HEINRICH7
GLENN P. PRIVES7
ANNEMARIE T. GREENAN7
ANDREW GROUS23
MEGAN E. BEDELL7

◄ Certified Civil Trial Attorney
□Certified Criminal Trial Attorney
† Certified Workers Comp. Attorney
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted PR
12 Admitted VI

April 10, 2013

**CONFIDENTIAL**
Manny Gerstein, Esq.
1918 Highway 27
P.O. Box 593
Edison, NJ 08818

  RE: Tino Cuervo v. Stephanie D. Gironda, Esq.

Dear Mr. Gerstein:

  This letter is in response to a complaint by Tino Cuervo, an employee at my firm's client, APG Security ("APG"). Initially, it should be pointed out that I do not have an attorney-client relationship with Mr. Cuervo.

  In early October 2012, I was retained by Human Resources Director Brian Kelly of APG to investigate allegations of a hostile work environment based on a protected category made by an employee against her supervisor at the global terminal in Bayonne, NJ. As attorney for APG, my specific task was to determine whether the two most recent allegations by this employee against her supervisor were substantiated by facts, and also to determine the source of her information, so that I could interview that source and obtain first hand knowledge regarding the allegations.



WILENTZ, GOLDMAN & SPITZER P.A.

April 10, 2013
Page 2

The Human Resources Director informed the Union Representative, Raymond Gorski, before the investigation occurred that it was going to take place. My investigation consisted of interviews during the week of October 8, 2012 to October 12, 2012 with approximately eight (8) individuals who were deemed relevant to the investigation. I was provided with the names of some of these individuals by the Human Resources Director, because they were individuals who worked during the same shift(s) as the employee who had made the allegations of discrimination and others I interviewed because the employee named them as persons with knowledge. My task was not to complete a global investigation of the entire port, which would include all security officers on all shifts at the terminal. It was limited to investigating the specific allegations that this security officer had most recently made and to determining whether those allegations were true and created a hostile work environment.

I provided the same pre-interview information to all employees that I interviewed. I told each that I was I was an attorney representing APG Security and was hired by the Director of Human Resources for APG Security to investigate whether there was a hostile work environment created by the supervisor and to determine the source of the information that the employee had received about the supervisor's behavior. I also told each individual that I interviewed that they were not to discuss the interviews or my questions with fellow employees. As I conducted the investigation, I uncovered additional information that caused me to change some of my questions and add new questions, but I never misled any employee as to what the investigation was about.

Mr. Cuervo was summoned for an interview with me on four occasions, because the employee alleged that he was the source of the allegations about the supervisor and the testimony of other employees provided support for that allegation. Mr. Cuervo denied that he was the source of the information and further stated that he did not believe that the supervisor discriminated against any employees on the basis of a protected class. I interviewed Mr. Cuervo on several occasions in order to clarify his testimony and determine his credibility, because the investigation had developed a he said/she said component. However, as the investigation

#6828586.1

# WILENTZ
WILENTZ, GOLDMAN & SPITZER P.A.

April 10, 2013
Page 3

continued, I became aware of information that shed light on Mr. Cuervo's credibility. I became aware as a result of overwhelming evidence that Mr. Cuervo arranged to meet with and discussed my investigation and questioning off-site with the complainant, despite my prior instructions. When I asked him about this, Mr. Cuervo denied that he had ever spoken with any other employee about the investigation or my questioning.

Mr. Cuervo had his union representative present on two of the occasions when I interviewed him, although he was aware that he could have had his union representative present during all interviews. At the specific interview on Friday, November 16, 2012, upon which Mr. Cuervo comments in his complaint, he refused to answer any questions that I posed to him. Since the investigation was obviously at that point futile, Mr. Cuervo's union representative ended the investigation. The reason that the interview was ended was not, as Mr. Cuervo insinuates, that Mr. Gorsky questioned my style or the substance of my investigation. Mr. Gorsky just deemed it futile to continue the investigation with Mr. Cuervo, since he would not respond to my questions.

The Committee should also note that Mr. Cuervo filed an NLRB charge against APG subsequent to my investigation, which he ultimately withdrew. The charge, which I reviewed, specifically alleged facts that he denied to me.

My conduct in this situation did not violate any of the ethics rules and this charge against me by Mr. Cuervo has simply been lodged in order to try to retaliate against me for uncovering Mr. Cuervo's conduct. I respectfully request that the Ethics Committee dismiss this charge.

Very truly yours,

STEPHANIE D. GIRONDA

SDG/am

#6828586.1

SEND IN TRIPLICATE
(Including Attachments)

## ATTORNEY ETHICS GRIEVANCE FORM

### Please Type Or Print Legibly All Information

**A.**  **GRIEVANT:** (Mr.)/Mrs./Miss./Ms. (Circle One)

Cuervo _____ Tino _____
LAST NAME _____ FIRST _____ MIDDLE

36 Hawthorne Place, Apt. 5R
ADDRESS _____ STREET/P.O. BOX

Montclair _____ NJ _____ 07042 _____ Essex
CITY _____ STATE _____ ZIP _____ COUNTY

TELEPHONE: DAY (862) 686-1993 _____ EVENING (973) 707-2233

**B.**  **THE SPECIFIC LAWYER YOU ARE COMPLAINING ABOUT IS:**

Gironda _____ Stephanie
LAST NAME (INCLUDE SR., JR., III, ETC.) _____ FIRST _____ MIDDLE

90 Woodbridge Center, Suite 900
OFFICE ADDRESS _____ STREET/P.O. BOX

Woodbridge _____ NJ _____ 07095 _____ Middlesex
CITY _____ STATE _____ ZIP _____ COUNTY

(1)  IS THE SPECIFIC LAWYER COMPLAINED ABOUT YOUR LAWYER? ___ YES ✓NO
(2)  IF SO, DOES THIS LAWYER STILL REPRESENT YOU? ___ YES ✓NO
(3)  IF NOT, DO YOU HAVE A NEW LAWYER? ___ YES ✓NO
(4)  IF SO, WHO IS YOUR NEW LAWYER? _____

**C.**  **THE TYPE OF CASE HANDLED BY THE LAWYER WAS: (CHECK ONE)**

| | | | | | | |
|---|---|---|---|---|---|---|
| ___ | Admiral/Maritime | (V) | ___ | International Law | | (I) |
| ___ | Adoption/Name Change | (A) | ✓ | Juvenile Delinquency | | (J) |
| ___ | Bankruptcy/Insolvency/Foreclosure | (B) | ___ | Labor | | (L) |
| ___ | Collection | (H) | ___ | Landlord/Tenant | | (Q) |
| ___ | Contract | (K) | ___ | Negligence (Personal Injury) | | (N) |
| | | | | Property Damage | | |
| ___ | Corporation/Partnership Law | (X) | ___ | Patent/Trademark/Copyright | | (P) |
| ___ | Criminal, Quasi-Criminal and Municipal Court | (C) | ___ | Real Estate | | (R) |
| ___ | Domestic Relations (Divorce, Support, Custody) | (D) | ___ | Small Claims Court | | (S) |
| ___ | Estate/Probate | (E) | ___ | Tax | | (T) |
| ___ | Federal Remedies/Civil Rights | (F) | ___ | Workers' Compensation | | (W) |
| ___ | Government Agency Problems (Local thru Federal) | (G) | ___ | Other Litigation (specify) | | (Y) |
| ___ | Immigration/Naturalization | (M) | ___ | Other Non-Litigation (specify) | | (Z) |

IS THE CASE HANDLED BY THE LAWYER STILL PENDING? ___ YES ___ NO ✓ unsure

(This Section for Secretary's Use Only)

DOCKET NUMBER _____ DATE DOCKETED _____

### ** COMPLETE BOTH SIDES **

OAE 03/06 - CN 10952 _____ page 1 of 2

**D.    OTHER RELATED COMPLAINTS OR LITIGATION:**

(1)  Have you filed a complaint regarding this matter with law enforcement authorities or any other state or federal agency?  _____ YES  ✓ NO  If yes, please state:

Name of Agency: _____

Contact Person: _____  Date Filed: _____

Result: _____

(2)  Is the matter you are complaining about the subject of a pending civil law suit?  _____ YES  ✓ NO
If yes, give name of Court _____

Docket Number: _____  County: _____

**E.    NATURE OF GRIEVANCE:**

State what the lawyer did or failed to do which may be unethical. State all relevant FACTS including dates, times, places and names and addresses of important witnesses. Attach copies of important letters and documents.

Grievance is an attached letter.

_____

_____

_____

_____

_____

(Use Additional Sheets if Necessary)

**F.    INVESTIGATIVE CONFIDENTIALITY**

The Supreme Court of New Jersey has held that persons who file grievances "may speak publicly regarding the fact that a grievance was filed, the content of that grievance, and the result of the process." Since disciplinary officials are required by *Rule* 1:20-9(h) to maintain the confidentiality of the investigation process and may neither speak about the case nor release any documents, until and unless a formal complaint is issued and served, you must also keep confidential any documents you may receive during the course of the investigation of your grievance.

To protect the integrity of the investigation process, we recommend that you, as well as all witnesses, not speak about the case other than to disciplinary officials while the matter is under investigation. So long as you maintain the confidentiality of the investigation process, you have immunity from suit for anything you say or write to disciplinary officials. However, the Supreme Court has stated that you "are not immune for statements made outside the context of a disciplinary matter, such as to the media or in another public forum." *R.M. v. Supreme Court of New Jersey, 185 N.J. 208* (2005).

Date: _____         **SEND IN TRIPLICATE**
                                         **(Including Attachments)**        _____
                                                                                 Signature

PLEASE REVIEW THE PAMPHLET "INFORMATION ABOUT GRIEVANCE PROCEDURES AND DISCIPLINE OF LAWYERS" PROVIDED BY THE ETHICS SECRETARY.

    **PLEASE NOTIFY DISTRICT SECRETARY OF DISABILITY ACCOMMODATION NEEDS.**

OAE 03/06 - CN 10952                                                        page 2 of 2

# ASSET PROTECTION GROUP
## DAILY OPERATING LOG

DAY: WEDNESDAY  DATE: May 1st, 2013          At Start of Tour: Cap Henri - Netherlands

On Duty: JULIA M. VALDIVIA                    Weather Conditions: SUNNY, CLEAR,

Shift/tour: 0700 - 1600

Facility: GLOBAL - MAIN GATE                  Operating Conditions: REGULAR

Location: JERSEY CITY - N.J.

| TIME | DESCRIPTION OF DUTIES/EVENTS |
|------|------------------------------|
| 0658 | JOINED S.O BAHR @ THE M/G. RADIO, PHONE + CAM WORKING FINE. |
|      | 0658 CALLED GERRY ZUPPO TO P/U FIVE ENVELOPES FROM FEDEX LEFT |
| 07   | @ THE M/G YESTERDAY AFTERNOON. 0721 CALLED ASHLEIGH (x 9040) FOR |
|      | A DELIVERY FROM BOB'S AUTO GLASS, RECEIVED BY RON FROM RTG. DPT. |
| 0800 | 0812 S.O. KWASSE, REPORTED AN ACCIDENT @ E-600, APPARENTLY AN |
|      | RTG OPERATOR HIT A LIGHT POLE, I RADIOED SAMI ABOUT IT. 0815 |
|      | CALLED JASON TO STOP BY THE ACCIDENT'S LOCATION 0819 ACCIDENT RE- |
|      | PORTED TO FSO. 084 CALLED TERRI FOR RELEASE OF HVC: OOLU 8284580. |
| 0900 | 0913 TALKED TO FRED: A TIRE BLEW OFF ON UNIT 75 BY E-500. |
|      | 0933 CALLED THE DRUG TESTER FOR HUSTLER OPERATOR INVOLVED IN THE |
|      | ACCIDENT MENTIONED ABOVE. HUSTLER OPERATOR: FERNANDO SPANO |
|      | WF # 82118. |
| 1000 | 1015. DRUG TESTER IS IN. |
| 1100 | 1129 CALLED TERRI FOR RELEASE OF HVC.: HASU 4054871 |
| 1200 | 1213 CALLED TERRI TO PUT BACK IN HOLD HVC: HASU 4054871. 1256 |
|      | CALLED GEORGETTE FOR RELEASE OF HVC: HASU 4054871 |
| 1300 | 1331 CALLED TERRI FOR RELEASE OF HVC's: CADU 7019613 + SUDU 8664406 |
|      | 1305 S.O. CUERVO CALLED ON THE RADIO SAYING ": JULIA, CAN YOU SEND |
|      | SOMEBODY TO RELIEVE ME TO USE THE PORTABLE, I NEED TO TAKE A |
|      | PISS", TO WHAT SOMEBODY ELSE ADDED " YEAH, AND I NEED TO TAKE |
|      | A SH- " AS LONG AS I KNOW CUSTOMS IS WITH US ON THE SAME |
|      | CHANNEL, AND EVEN IF THEY ARE NOT, I FEEL ASHAMED OF THE WAY |
|      | S.O. CUERVO IS REPRESENTING US. |

# TO ALL APG PERSONNEL

# NO SMOKING

**SMOKING IS PROHIBITED IN ALL ENCLOSED AREAS WITHIN NYCT AD GLOBAL WORKSITES WITHOUT EXCEPTION. THIS INCLUDES COMMON WORK AREAS, OFFICES, HALLWAYS, BREAKROOMS, STAIRS, RESTROOMS, VEHICLES, ALL GUARD BOOTHS AND SECURITY CONTROL CENTERS.**

**FAILURE TO COMPLY WITH THE COMPONENTS OF THIS POLICY WILL RESULT IN DISCIPLINARY ACTION THAT CAN LEAD UP TO AND INCLUDE TERMINATION.**

**DATE: 4/19/13**

*Tino Cuervo    11993    4/22/13    1⁴⁵ pm*

BJK:cl

cc.  John Oates – PPGU – Oates@PPGU.net
     Kenneth Karahuta – NYSA – kkarahuta@NYSA.net org
     Ray Gorski – PPGU – Gorski@PPGU.net
     Rich Ciampi – Lambos Firm – Rciampi@Lambosfirm.com



**APG SECURITY**

# TO ALL APG PERSONNEL

**RE:**          **PROCEDURES FOR BREAKS & RELIEFS**

**DATE:**          **4/19/13**

All officers assigned to outbound gates must remain on post until the designated closing time-no earlier.

All officers are to verify and document authorization, to close a gate with the Roundsmen, Main Gate, or appropriate department prior to securing a gate. (Noting the time & authorizing party).

Officers are entitled to TWO twenty minute breaks per EIGHT hour shift. They are to note in their log or memo book their Post, Time In and Out of Break and the name of the relieving officer. NOT one forty minute break.

Should an emergent situation occur and an officer needs to leave their post and a Relief Officer is unavailable, they are to notify the Main Gate and/or Relief Officer.

They are then required to secure the gate with a chain & lock. They are to document the time on and off break in their memo or log.

They are then required to notify the Main Gate and Relief Officer that they are back on post. On various shifts man power is limited and duties and responsibilities must be carried out.

All officers are to verify and/or record the identification of those entering or leaving the facility. This includes but is not limited to Waterfront Commission License, TWIC, Sealink, or Company Identification.

Officers must thoroughly verify the identification numbers of outbound containers, noting the unit number as well as the chasis.

This must correspond with the gate pass, bill of lading or other documentation authorizing release of Containers or Cargo.

When in doubt, you MUST contact the FSO, Roundsmen or appropriate department for guidance and direction.

BJK:cl          _Tino Cuervo_  11993     4/22/13     1:41 Pm

cc.     John Oates – PPGU – Oates@PPGU.net
        Kenneth Karahuta – NYSA – kkarahuta@NYSA.net org
        Ray Gorski – PPGU – Gorski@PPGU.net
        Rich Ciampi – Lambos Firm – Rciampi@Lambosfirm.com



# NYSA-PPGU PENSION FUND AND PLAN

## 889 BROADWAY, BAYONNE, NJ 07002-3032

TEL: (201) 243-0660
FAX: (201) 243-0662

### ANNUAL FUNDING NOTICE
For
NYSA-PPGU PENSION FUND AND PLAN

April 11, 2013

### Introduction

This Notice includes important funding information about your Pension Plan ("Plan"). This Notice is for the Plan Year beginning January 1, 2012 and ending December 31, 2012 (referred to hereafter as "Plan Year").

In addition, as required by federal law, this Notice provides a summary of federal rules governing multiemployer plans in reorganization and insolvent plans and benefit payments guaranteed by the Pension Benefit Guaranty Corporation (PBGC), a federal agency. However, please note, **this Plan is not in reorganization or insolvent, nor is the PBGC making payments on behalf of the Plan.**

### Funded Percentage

The funded percentage of a plan is a measure of how well that plan is funded. This percentage is obtained by dividing the plan's assets by its liabilities on the valuation date for the Plan Year. In general, the higher the percentage, the better funded the plan. The Plan's funded percentage for the Plan Year and two preceding Plan Years is set forth in the chart below, along with a statement of the value of the Plan's assets and liabilities for the same period.

| | 2012 Plan Year | 2011 Plan Year | 2010 Plan Year |
|---|---|---|---|
| Valuation Date | January 1, 2012 | January 1, 2011 | January 1, 2010 |
| Funded Percentage | 67.1% | 66.8% | 64.9% |
| Value of Assets | $19,182,000 | $18,686,000 | $17,760,000 |
| Value of Liabilities | $28,578,000 | $27,952,000 | $27,380,000 |

### Fair Market Value of Assets

Asset values in the chart above are actuarial values, not market values. Market values tend to show a clearer picture of a plan's funded status as of a given point in time. However, because market values can fluctuate daily based on factors in the marketplace, such as changes in the stock market, pension law allows plans to use actuarial values for funding purposes. While actuarial values fluctuate less than market values, they are estimates. As of December 31, 2012, the unaudited fair market value of the Plan's assets was $20,925,858. As of December 31, 2011, the audited fair market value of the Plan's assets was $18,650,308. As of December 31, 2010, the audited fair market value of the Plan's assets was $18,439,783.

### Participant Information

The total number of participants in the Plan as of the Plan's January 1, 2012, valuation date was 539. Of this number, 222 were active participants, 260 were retired or separated from service and receiving benefits, and 57 were retired or separated from service and entitled to future benefits.

### Funding & Investment Policies

The law requires that every pension plan have a procedure for establishing a funding policy to carry out the plan objectives. A funding policy relates to the level of contributions needed to pay for benefits promised under the plan currently and over the years. The Plan is funded by contributions made by employers pursuant to collective bargaining agreements with the union that represents the Plan's participants. The funding policy of the Plan is to provide for benefits to participants at levels that are expected (based upon reasonable actuarial assumptions) to be sustained in the long term from the assets of the Plan, expected income from the investment of those assets and future employer contributions.

Once money is contributed to the plan, the money is invested by plan officials called fiduciaries (Trustees). Specific investments are made in accordance with the plan's investment policy. Generally speaking, an investment policy is a written statement that provides the fiduciaries that are responsible for plan investments with guidelines or general instructions concerning various types or categories of investment management decisions. In brief, the investment policy of the Plan is to maximize investment returns within prudent levels of risk through portfolio diversification across different classes of assets and a variety of asset management styles. With the assistance of an Investment Consultant, the Trustees select professional Investment Managers and allocate the assets of the Plan to seek to achieve the stated investment objectives and to control risk. The Trustees establish reasonable guidelines for each asset class and investment account, specifying acceptable and/or prohibited investments, limits on asset and asset class exposures, risk constraints and investment return objectives. The Trustees have also adopted benchmarks for each Manager and each asset class and regularly monitor the performance of each Manager as well as each Manager's compliance with the Investment Policy.



## NYSA-PPGU PENSION FUND AND PLAN

**889 BROADWAY, BAYONNE, NJ 07002-3032**

TEL: (201) 243-0660
FAX: (201) 243-0662

April 11, 2013

### Notice of Endangered Status

For

### NYSA-PPGU Pension Fund and Plan

To: All Participants, Beneficiaries, Contributing Employers and Port Police & Guards Union, Local 1456

This Notice is required to be sent to you as a result of a Federal law known as the Pension Protection Act of 2006 (PPA) which became effective as to this Fund during the latter part of 2007.

**We understand that legally required notices, like this one, may create anxiety and concern about the Pension Fund's future. The Board of Trustees are currently of the opinion that the Fund will continue to provide its participants and their eligible beneficiaries with secure retirement benefits.**

### PPA Requirements

The PPA has added requirements for measuring the financial health of multiemployer plans such as ours. Starting with the 2008 Plan Year, the PPA required that a pension fund's actuary determine annually the fund's status under these new rules and to certify that status to the IRS and the trustees (plan sponsor). It is important to note that if the fund's status for a plan year is "endangered" ("yellow" zone) or "critical" ("red" zone), the trustees *must* notify all plan participants in writing of this certification, as well as take corrective action to improve the financial health of the plan.

### Endangered Status

This letter will serve as the Notice that our Pension Fund's actuary recently determined and certified that the Fund is in "endangered" status for the 2013 Plan Year. This determination was made because, based on the PPA's new funding measures, the Fund is currently less than 80% funded. *Endangered" is a label that the law requires us to use.*

The law also mandates that any pension fund in "endangered" ("yellow" zone) status must adopt a "Funding Improvement Plan" (FIP). The FIP is an action plan designed to significantly

(Over Please)

### Right to Request a Copy of the Annual Report

A pension plan is required to file with the US Department of Labor an Annual Report, Form 5500, containing financial and other information about the Plan. Copies of the Annual Report are available from the US Department of Labor, Employee Benefits Security Administration's Public Disclosure Room at 200 Constitution Avenue, NW, Room N-1513, Washington, DC 20210, or by calling 202-693-8673. Alternatively, you may obtain a copy of the Plan's Annual Report by making a written request to the Board of Trustees. The Annual Report for the 2012 Plan Year will be available later this year.

### Summary of Rules Governing Plans in Reorganization and Insolvent Plans

Federal law has a number of special rules that apply to financially troubled multiemployer plans. Under so-called "plan reorganization rules," a plan with adverse financial experience may need to increase required contributions and may, under certain circumstances, reduce benefits that are not eligible for the PBGC's guarantee (generally, benefits that have been in effect for less than 60 months). If a plan is in reorganization status, it must provide notification that the plan is in reorganization status and that, if contributions are not increased, accrued benefits under the plan may be reduced or an excise tax may be imposed (or both). The law requires the plan to furnish this notification to each contributing employer and the labor organization.

Despite the special plan reorganization rules, a plan in reorganization nevertheless could become insolvent. A plan is insolvent for a plan year if its available financial resources are not sufficient to pay benefits when due for the plan year. An insolvent plan must reduce benefit payments to the highest level that can be paid from the plan's available financial resources. If such resources are not enough to pay benefits at a level specified by law (see Benefit Payments Guaranteed by the PBGC, below), the plan must apply to the PBGC for financial assistance. The PBGC, will, by law, loan the plan the amount necessary to pay benefits at the guaranteed level. Reduced benefits may be restored if the plan's financial condition improves.

**As stated earlier, the Plan is not in reorganization nor is it insolvent.**

### Benefit Payments Guaranteed by the PBGC

A plan that becomes insolvent must provide prompt notification of the insolvency to participants and beneficiaries, contributing employers, labor unions representing participants, and the PBGC. In addition, participants and beneficiaries must also receive information regarding whether, and how, their benefits will be reduced or affected as a result of the insolvency, including loss of a lump sum option. This information will be provided for each year the plan is insolvent.

The maximum benefit that the PBGC guarantees is set by law. Only vested benefits are guaranteed. Specifically, the PBGC guarantees a monthly benefit payment equal

4







3/11/13

Tino Cuervo
36 Hawthorne Place, Apt. 5R
Montclair, New Jersey 07042
Cell#: 862-686-1993
Home#: 973-707-2233

Supreme Court of New Jersey
District Ethics Committee
For Middlesex County
District VIII
1918 Highway 27
P.O. Box 593
Edison, New Jersey 08818

To Whom It May Concern:

On Tuesday 10/10/12, Stephanie Gironda an attorney contracted by Brian Kelly of Asset Protection Group (APG), was summoned to Global Terminal in Jersey City, to conduct an internal investigation. The premise of the investigation that I was apprised of, was that there was a hostile work environment due to port-watchman (guards) bandying about rumors about other guards. Although I agree that the employer, APG, has the legal right to conduct an internal investigation, it is the premise that I question. If the premise was a hostile work environment as prescribed above, then allow me to state some facts. To begin with, Global Terminal encompasses 178 acres which is monitored by 24/7 security. That 24/7 security contains 3 shifts: 8am-4pm, where during this shift some posts start earlier than 8am, 4pm-12am, and 12am-8am. However, Ms. Gironda summoned no more than 6 guards to be interviewed. In total, all shifts include 20-24 guards, and I now argue if the premise for this investigation was a hostile work environment, then all guards on all shifts needed to be interviewed. The reason is quite evident; a hostile work environment encompasses 178 acres and envelops all guards on all shifts, yet only a handful of guards were summoned to testify, calling in to question the initial premise for the internal investigation. Also, it is my understanding that the others that were summoned were given varying assertions to why they were being questioned. In my estimation that rises to a level of an ethics violation. In essence you're compelling people to testify under false pretenses. In addition, if the assertion is to be believed, than why was I summoned to testify four times? I was summoned on Tuesday 10/10/12, Wednesday 10/11/12, and again on Wednesday 10/17/12 where I requested a lawyer and told I could have my Union Rep, recalled on Thursday 10/18/12, and on Friday 11/16/12 where I informed Ms. Gironda I was not going to answer any questions, where my Union Rep, Raymond Gorski, ended the investigation. Also, Ms. Gironda had no prior knowledge of the names of the staff that were employed at Global Terminal, so I am curious to ascertain how Ms. Gironda acquired the list of guards to interview. I would deduce that the list was provided by Brian Kelly, President of APG, adding a charge of bias to this grievance. The term fruit from the poisoned tree comes to mind. I will

list the names and cell numbers of guards, to my knowledge were interviewed by Stephanie Gironda. You are welcomed to call them to confirm the basis' to which they were questioned.
Martin Lotan – 347-607-9006
Stephanie Brooks – 973-870-6162
Martin Vancol – 973-393-0425

Also listed:
Asset Protection Group
116 North Broadway, 2nd Fl.
South Amboy, New Jersey 08879-1671
732-553-1520
Brian Kelly – President
Dennis Kelly – Owner of APG

NYSA-PPGU Local 1456
889 Broadway
Bayonne, New Jersey 07002-3032
201-823-9050
John T. Oates – President
Paul Punturieri – Vice-President
Raymond Gorski – Secretary-Treasurer/Business Agent
Mohamed Arbab – Recording Secretary
Eric Rasmussen – Sergeant-of-Arms

I am well aware that Ms. Gironda has the right to face her accuser, and have I have no compunction whatsoever to satisfy her requisite.   Thank you for your time and consideration.


Sincerely,

Tino Cuervo

2/20/13


Tino Cuervo
36 Hawthorne Place, Apt. 5R
Montclair, New Jersey 07042
Cell#: 862-686-1993
Home#: 973-707-2233


National Labor Relations Board
Section 22
20 Washington Place, 5th Floor
Newark, New Jersey 07102-3115


To Frank Flores:

Enclosed you will find a grievance I filed with Local 1456 on retaliation, harassment and intimidation.  In reading the grievance you will see it is outlined in detail on the aforementioned charges.  Also enclosed is a copy of a journal or for a better lack of a word, a black book.  It is number 2, there is another black book, but I have no clue where that book is. I highlighted an entry found on page 7 and another on page 12 which would corroborate harassment.  You will also find a list of names of guards that were either terminated or served suspensions.  The relevance of this list is that it is limited to the two terminals that the security is contracted out to Brian Kelly of APG, and these suspensions and terminations take place within in a six year time frame.  The two terminals are New York Container Terminal in Staten Island and Global Terminal in Jersey City.  The ratio of these two terminals is more than all the other terminals combined in the same time period.  What is the significance of this?  Why such an anomaly?  You will find the answer in the more than business like relationship between the President of Local 1456, John Oates and Brian Kelly of APG.  I do not know Frank, how far your authority extends.  Is it in your realm to request that John Oates, President of the Union submit an affidavit, or Brian Kelly, or Samir Ghaly my Roundsman?  If so I would like to submit to you some questions you might want to ask.

In the case of John Oates:
1) How many terminals does he represent and how many guards?
2) Why the disparity in the ratio of New York Container Terminal in Staten Island and Global Terminal in Jersey City and the rest of the terminals?
3) Did he ever go on an all expense paid trip to Las Vegas on Brian Kelly?

4) **Junkets to Atlantic City with Brian Kelly?**
5) **How about golf outings?**
6) **What is the importance of Café Bello?**

**If it is in your jurisdiction, gauge his reaction through body language and facial expressions. In the case of Brian Kelly and Samir Ghaly, ask them if they know the existence of the journals without telling them you have a copy. I would like to see if they would lie on the record. I already have proof that Brian Kelly lied at my grievance hearing.**

**In closing, I know Frank you will notify me whether I have anything substantial that the NLRB has jurisdiction with. Thanking you again for all your assistance.**

**Sincerely,**

**Tino Cuervo**

5/1/13


Tino Cuervo
36 Hawthorne Place, Apt. 5R
Montclair, New Jersey 07042
Cell#: 862-686-1993
Home#: 973-707-2233


Greg Mocker
WPIX-TV
220 East 42nd Street
New York, NY 10017
212-210-2411


Dear Mr. Mocker:

Enclosed you will find a detailed extensive paper trail for your perusal.  It is a tail of
discrimination, intimidation, on the job harassment, and a creation of a hostile work
environment where guards act as informants against their fellow workers.  When you
conclude your reading assignment, you will also find a trail of corruption where all the
aforementioned parties in these reports act in collusion with each other.  Now Mr. Mocker,
you might draw the conclusion that I am forwarding you all these documents to expose this
travesty, to draw attention to all the guilty parties, and you would be right.  However, my
plan called for exposure at a later time frame, not so early in the game.  Unfortunately, it was
the decision of the EEOC that forced me to move up my timetable.  I presented the EEOC with
witnesses that could corroborate my allegations, yet when I checked back with those
individuals the EEOC never contacted them.  The EEOC failed to perform their due diligence.  I
expected that, no, knew for a fact that NYSA-PPGU Seniority Board, my Local 1456 and APG
would never follow through.  However, I thought better of the EEOC and they are the agency I
want exposed for failure to perform their job.  I want them to be publicly vilified to the point
that they re-open the case they slotted for dismissal.  Even though I am a conspiracy theorist
from way back when and Brian Kelly has a vast array of connections he has used, the reason
for the EEOC's dismissal is simplistic.  They did not want to do the work.  I had witnesses and
their cell numbers and a longer list without numbers, and that meant groundwork, something
they obviously did not want to venture into.  Instead they handed it off to me on a self help

how to file a lawsuit letter.  If you should need further information I will leave my name and number to assist you.

Tino Cuervo
36 Hawthorne Place, Apt. 5R
Montclair, New Jersey 07042
Cell#: 862-686-1993
Home#: 973-707-2233

To demonstrate the campaign of retaliation and harassment against me I will list the days I was interrogated:

Stephanie Gironda attorney for Brian Kelly of APG:
1) Tuesday 10/10/12
2) Wednesday 10/11/12
3) Wednesday 10/17/12 postponed because I requested for lawyer got my union rep
4) Thursday 10/18/12 rescheduled from Wednesday 10/17/12
5) Friday 11/16/12  where I refused to answer any more questions and my union rep ended it
6) Monday 2/11/13 interviewed by Mark Riggio, Director of Operations APG
7) Tuesday 2/28/13 interviewed by Alfred Feliu EEO Officer contracted out by Local 1456 and APG
8) Monday 3/4/13 interviewed by an ex FBI agent who is in the employment of APG, cannot recall his name
9) Thursday 4/4/13 interviewed again by Mark Riggio

These offenses have occurred at two terminals, Global Terminal, where I have been working for over six years, and New York Container Terminal.

Global Terminal
302 Port Jersey Blvd.
Jersey City, NJ 07305
201-451-5200

New York Container Terminal
300 Western Avenue
Staten Island, NY 10303
718-273-7000/718-568-1700

I cannot say for sure Mr. Mocker that this is a story that might pique your interest, but it is a story that I know must be told.  So I will take this time to thank you for your time and consideration and for the work you do so well.

Sincerely,


Tino Cuervo

12/3/2012


Tino Cuervo
36 Hawthorne Place, Apt. 5R
Montclair, New Jersey 07042
Cell #: 862-686-1993
Home #: 973-707-2233


National Labor Relations Board
Region 22
20 Washington Place – 5th Floor
Newark, New Jersey 07102


Attn: Information Officer


As per my phone conversations with your office, I am forwarding the formal paperwork necessary to file charges against the parties outlined in the documents.  Enclosed along with said paperwork is a copy of the grievance that protocol mandates that I file with my union.  It would serve your office to supply more details on the nature of the charges.  You will also find pictures I took of the spy camera located at the Main Gate at Global Terminal.  I will now list names of those that were terminated outlined in said charges.

1) Spencer St. Juliette
2) Amghad Ghaly
3) Isis Youssef
4) James Webb
5) Lazaro Garcia
6) Al Tariq Jackson
7) Stephanie McKelvin
8) Robert Puchalski – resigned under duress

I will also list the names that can bear witness to a conversation held discussing a violation of security protocol and the violation itself.

1) Manal Saleh
2) Ronald Coleman

   3)  **Stephanie Brooks**
   4)  **Tino Cuervo – person filing charges**

**I respectfully request a full hearing on this matter and I would like these individuals present to answer questions.**

   1)  **John Oates – President NYSA-PPGU**
   2)  **Raymond Gorski – Secretary-Treasurer/Business Agent NYSA-PPGU**
   3)  **Brian Kelly – President APG**
   4)  **Stephanie – Attorney for APG and all the paperwork she gathered in her investigation**

**I am asking that this matter be expedited at your earliest convenience.  Thanking you in advance for your time and consideration**


**Sincerely,**


**Tino Cuervo**

2/20/13


Tino Cuervo
36 Hawthorne Place, Apt. 5R
Montclair, New Jersey 07042
Cell#: 862-686-1993
Home#: 973-707-2233


Office of Labor Management Standards
190 Middlesex/Essex Turnpike
Iselin, New Jersey 08830


To Whom It May Concern:

Enclosed you will find, for a lack of a better phrase, a paper trail illustrating the corruption
that permeates the union that represents myself and all port-watchman at the ports in New
York and New Jersey. I am talking about NYSA-PPGU Local 1456, whose President is John T.
Oates and the Secretary-Treasurer/Business Agent is Raymond Gorski. You will find
complaints that I filed with the National Labor Relations Board, Equal Employment
Opportunity Commission and the Division of Civil Rights. Also included are several grievances
that I filed with the Union. It would be advantageous for your office to read all the
documents in their entirety to grasp the corruption that has metastasized into a cancer that
has become uncontrollable. I will also like to add misappropriation of union dues, tapping
into the pension fund, quid pro quo, and I am sure if you do your due diligence, you will find a
whole range of questionable activities to charge Local 1456. The favorite meeting place for
their not so clandestine meetings is Café Bello on the corner of 50th Street on Avenue C in
Bayonne, New Jersey. I would like to take the time to thank you for your time and
consideration and any further questions that might arise, I am completely at your disposal

Sincerely,


Tino Cuervo



# NYSA - PPGU SENIORITY BOARD

889 BROADWAY  •  BAYONNE, NJ  07002-3032
TELEPHONE 201-823-9050  •  FAX 201-243-0662

First Class Mail

March 21, 2013

Mr. Tino Cuervo
36 Hawthorne Place
Montclair, New Jersey 07042

Re:    Grievance Hearing

Dear Mr. Cuervo:

On Wednesday, March 13, 2013, the NYSA-PPGU Seniority Board (Board) held a hearing regarding your grievance dated February 20, 2013, and received by this office on the same date (copy attached).

The Board determined, after hearing testimony from you and Brian Kelly, the President of Asset Protection Group (APG), that your grievance encompasses six topics. It also determined that all of your complaints revolve around your disagreement with the selection of the current Roundsman.

After reviewing all of the evidence, the Seniority Board determined as follows:

1. That your grievance relating to alleged discrimination, harassment and intimidation by APG and your Roundsman is not properly before this Board. You were referred to the Respect & Dignity policy of the CBA and advised to file a complaint with the industry retained independent EEO Officer. You were also advised where to obtain complaint forms;

2. That your grievance relating to a violation of the Seniority Article on Monday, January 21, 2013, is denied. The Board examined the hiring on Martin Luther King, Jr. Day and determined that the hiring on that date was appropriate;

3. That your unsupported grievance charging your Roundsman with dereliction of duties is denied;

4. That your grievance regarding the use of a "black book" to record employee activities is denied. Your Roundsman and employer have the unrestricted right

to record information about a Security Officer's work activities. The Board also determined that you had refused work on February 20, 2013. In addition, it noted that you had left your position early on more than one occasion. You are hereby advised that if you leave your post early in the future without authorization, it may result in the termination of your employment;

5. That your grievance relating to a meeting on February 11, 2013, is denied. A pier level meeting is required under the current collective bargaining agreement. The Board found that the purpose of the February 11 meeting was to resolve the dispute that arose on January 22, 2013, and you confirmed at the hearing that the matter was settled to your satisfaction on that date; and

6. Finally, the Board determined that all of your grievances derive from APG's selection of its Roundsman. While you may not be pleased with APG's selection, Article VII, Section 2, provides that an Employer has "the right to appoint a Roundsman...." Consequently, while you may not like APG's selection, you must accept its selection and work with your Roundsman.

You have the right to appeal this decision to NYSA-PPGU Labor Relations Committee by mailing your request for an appeal, or by delivering your request for an appeal in person, to the Secretary of the Seniority Board at the above address no more than fourteen (14) days after the date of this letter.

Very truly yours,

*Mary C. Cznadel*

Mary Cznadel, Secretary
NYSA-PPGU Seniority Board

cc:    Kenneth Karahuta – NYSA
       Michael Del Viscovo – Maher Terminals
       Joseph Farley - Maher
       Brian Kelly – APG
       John T. Oates – PPGU
       Raymond T. Gorski – PPGU
       Richard J. Ciampi, Esq.
       Stephen Davis, Esq.
       Joy M. Holz, Esq.

3/24/13

NYSA-PPGU
889 Broadway
Bayonne, New Jersey 07002-3032
201-823-9050

John Oates – President
Paul Punturieri – Vice-President
Raymond Gorski – Secretary-Treasurer/Business Agent
Mohamed Arbab – Recording Secretary
Eric Rasmussen – Sergeant-of-Arms


Dear Mr. Gorski:

This is a formal letter of appeal for the grievance dated February 20, 2013. This appeal is based on inconsistencies in the Seniority Board's decision dated March 21, 2013. To begin with at no time did I mention a violation of the Seniority Article based on the Martin Luther King Holiday. What I stated was that Roundsman Samir Ghaly violated the Seniority Article by posting a guard who already had a posted position, to an unassigned post. That is in direct conflict with the Seniority Article. I charge the NYSA Seniority Board with undue bias in favor of Brian Kelly of APG. At no time did the Seniority Board investigate whether Brian Kelly was being candid about the security cameras, even after I told them that Facility Maintenance at Global Terminal had contradicted Brian Kelly's version by stating the spy cameras belonged to APG. They totally ignored the charge and were derelict in their duty to investigate the allegation; rather they failed to scrutinize which party was being forthright. Nor did they investigate whether Samir Ghaly was derelict in his duty as Roundsman when he failed to notify me of the time that the Outbound Gate B closed. Since that was the first time I had ever worked that gate I had no prior knowledge of that gate's nuances. Since the Seniority Board did not perform its due diligence to investigate the allegations, I therefore charge the Board with acting in concert with Brian Kelly because of their more than business like relationship with him. I also charge the Board in acting with extreme prejudice by lodging false accusations that I left my post early on more than one occasion. I left my post early on one occasion, so I now challenge the Seniority Board to provide verifiable evidence to that allegation or retract the charge I left my post early on more than one occasion.

Your steadfast response on this matter would be greatly appreciated.

Sincerely,

Tino Cuervo

**Tino Cuervo**

01/10/2013


Tino Cuervo
36 Hawthorne Place, Apt. 5R
Montclair, New Jersey 07042
Cell#: 862-686-1993
Home#: 973-707-2233


Craig Sashihara – Director
Division of Civil Rights
31 Clinton Street
Newark, New Jersey 07102


Dear Director Sashihara,

I was referred to the Division of Civil Rights by Frank Flores an investigator for the National
Labor Relations Board. He can be reached at 973-645-6050 if there need be any further
clarification. Mr. Flores informed me that there are certain issues that the NLRB does not
handle, therefore, this filing of a formal complaint letter along with the Pre-Intake
Questionnaire. I, Tino Cuervo, charge Brian Kelly of Asset Protection Group (APG) for
discrimination based on race, harassment, and creating a hostile work environment. You will
find the charges in detail in the grievance dated and filed on 11/19/12 and enclosed with this
complaint. The charges are outlined on page one, first paragraph and page two, fifth
paragraph. Also enclosed is a second grievance that was filed on 12/4/12 and though I know
that this does not fall under your jurisdiction, I enclosed it to give you some context on the
machinations of Global Terminal and its offending parties. Included you will find the
complaint I filed with the NLRB, the list of offending parties, two letters of suspension to
which I have yet served, and pictures of the spy cam used as a method of intimidation and
harassment. I will now list the names of individuals that were terminated at Global Terminal
and New York Container Terminal, and those that were suspended or facing suspension or
termination based on retaliation. Those whose cell numbers I supply can be contacted to
corroborate my charges.

1) Al Tariq Jackson – African-American, terminated
2) Francesca Coleman – African-American, terminated
3) Stephanie McKelvin – African-American, terminated
4) Ronald Bingham – African-American, terminated
5) Lazaro Garcia – Hispanic-American, terminated
6) Spencer St. Juliette – African-American, terminated  cell# 267-974-4382

7) Martin Lotan – African-American, serving suspension  cell# 347-607-9006
8) Martin Vancol – African-American, suspension pending  cell# 973-393-0425
9) Stephanie Brooks – African-American, out on disability, suspension pending cell# 973-870-6162
10) Carmen Delgado – Hispanic-American, served 25 day suspension  cell# 347-476-2534
11) Tino Cuervo – Hispanic-American and grieving party, suspension pending cell# 862-686-1993

Because the union NYSA-PPGU has been acting in collusion with Brian Kelly of APG, Mr. Kelly is empowered to act with complete impunity and malice.  To give you some perspective, NYSA-PPGU represents about 200 Port-Watchmen in New York and New Jersey.  Yet the ratio of terminations and suspensions on the ports that is contracted out to Mr. Kelly of APG (Global Terminal, New York Container Terminal) is more than all the other ports in New York and New Jersey combined.  I feel the reason for this disparity is the more than business relationship between Brian Kelly of APG and John Oates, President NYSA-PPGU.

In closing, I respectfully request that your office take up this matter and fully investigate it to a concrete conclusion.  Anyone with juris-prudence could smell the stench of corruption that permeates throughout all the entities listed.  I would like to thank you for your time and consideration.  If you need for me to come in to your office to formally file these complaints or you need further clarification I am at your disposal.

Sincerely,


Tino Cuervo

# STATEMENT OF TINO CUERVO

I am a member of Local 1456 of the Port Police & Guards Union and am employed by APG Security. I was interviewed on February 26, 2013 by the Port's EEO Officer, Alfred G. Feliu, relating to a complaint filed by Samir Ghaly. This Statement is an accurate summary of that interview.

Sammy constantly yells at those that he is supposedly supervising and displays no respect for those individuals. He is always looking to see if you are doing your job. He has other guards who act as informants or spies for him, creating a hostile work environment and an atmosphere of harassment and bias. In one instance, Mr. Konna reported me for being eight minutes late to my post.

I remember one incident where he claimed I closed the gate early. The problem was his fault because he did not put me on notice as to when the gate was to be closed. It is not my job to ask anyone what time the gate closes, to call him or to check up on that. It his job as roundsman to inform any and all guards of their duties of the posts they are being assigned to. Sami was and is derelict in his duty as roundsman, he is completely incompetent to hold that position. He is unable to think on his own, therefore there are others that pull his strings.

He does not respect the workers and there is no one that respects him, a problem if you are expected to motivate those who are under you. None of the longshoreman like or respect Sami. Others who would agree are Carmen Delgado, Martin Vancol, Martin Lotan, Stephanie Brooks, and Richie Manetto.

I plan to file grievances against Sammy for not following seniority. He is not filling jobs based on seniority and is not posting jobs appropriately.

I did not discriminate against Sammy because of his race or national origin. My problem with Sami is his gross incompetence and his inability to relate to those under him with respect, dignity, and equality.

I have reviewed this Statement and have been given a chance to revise it. It is fully accurate and truthful to the best of my knowledge.

3/17/13
Date

Tino Cuervo
Tino Cuervo

1



**Asset Protection Group**

DATE:    10/23/12

TO:    TINO CUERVO – WFC #11993

FROM:    BRIAN KELLY

RE:    1. LEAVING FACILITY BEFORE END OF SHIFT WITHOUT PERMISSION
2. INSUBORDINATION

On 10/15/12 you signed out in the log book at 3:40 pm. You were scheduled to work until 4:00 pm. You failed to ask for permission or advise your Roundsmen.

On 10/17/12 you acknowledged to this writer and our legal counsel when advised it was against the Rules and Regulations you stated, "I know".

You were then advised not to return for duty on 10/18/12. As a result of a prior agreed upon suspension for impeding a prior investigation and tampering with a video surveillance device, you stated, "no way, I'm coming in". You were again ordered not to come in. Your reply was, "you can't stop me I'm coming in". You were then advised that if you did, the WFC Police would be notified if necessary to have you removed from the facility.

Your demeanor was hostile and insubordinate.

Your continued disregard for Rules and Regulations will not be tolerated.

You will serve a five (5) day suspension at the discretion of APG.

BJK:ic

cc.    John Oates – PPGU – Oates@PPGU.net
Kenneth Karahuta – NYSA – kkarahuta@NYSAnet.org
Ray Gorski – PPGU – Gorski@PPGU.net
Rich Ciampi – Lambos Firrm – Rciampi@Lambosfirm.com

# NYSA-PPGU LABOR RELATIONS COMMITTEE

889 Broadway, Bayonne, NJ 07002-3032 (201) 243-0660
333 Thornall Street, Suite 3A, Edison, NJ 08837 (732) 452-7800

First Class Mail

March 21, 2013

Mr. Tino Cuervo
36 Hawthorne Place
Montclair, New Jersey 07042

Re:    Appeal of January 23, 2013 Seniority Board Decision

Dear Mr. Cuervo:

On Wednesday, March 13, 2013, the NYSA-PPGU Labor Relations Committee (LRC) heard your appeal of the NYSA-PPGU Seniority Board's (Seniority Board) decision of January 23, 2013 (copies of the decision and your appeal are attached).

You had previously requested a transcript of the hearing held before the Seniority Board. During the appeal, you were advised that the Seniority Board does not maintain a transcript of grievance hearings, only minutes, and that those minutes are available only to Seniority Board and LRC members.

In relation to your appeal, you advised that you were appealing Determinations 1 and 6 of the Seniority Board's decision.

In regard Determination 1, the LRC concluded that no new evidence was supplied to support your allegation that APG owned the security camera. Moreover, APG denied your allegation. Consequently, the LRC upheld the decision of the Seniority Board and denied your appeal as to Determination 1.

In regard to Determination 6, the LRC upheld the decision of the Seniority Board that the grievance was time-barred and denied your appeal as to Determination 6.

The decision of the LRC is final and binding.

Very truly yours,

*Mary C. Cznadel*

Mary Cznadel, Secretary

cc:    Kenneth Karahuta – NYSA
       Michael Del Viscovo – Maher
       Joseph Farley – Maher
       Brian Kelly – APG
       John T. Oates – PPGU
       Raymond T. Gorski – PPGU
       Richard Ciampi, Esq.
       Stephen Davis, Esq
       Joy M. Holz, Esq.

Asset Protection Group

DATE:      10/20/11

TO:        TINO CUERVO

FROM:      BRIAN KELLY

RE:        TAMPERING WITH VIDEO SURVEILLANCE EQUIPMENT
           IMPEDING AN INVESTIGATION

Be advised your actions during the period 10-4-11/10-7-11 were a serious violation of the Rules and
Regulations of the Waterfront Commission, APG and the NYSA-PPGU Labor Agreement.

- Tampering with Company equipment.

- Impeding and interfering with an investigation.

- Your actions not only are irresponsible but placed the safety and welfare of your
  co-workers and Global Terminal at risk.

As a result you will be suspended for 30 days to be served at the discretion of the Company.

Please contact the PPGU for further guidance.

BJK:ic

cc.    Kenneth Karahuta – NYSA –
       John Oates – PPGU –
       Ray Gorski – PPGU –
       Rich Ciampi – Lambos Firm –



**Asset Protection Group**

**DATE:**    **2/14/13**

**TO:**    **TINO CUERVO**

**FROM:**    **BRIAN KELLY**

**RE:**    **INCIDENT OF 1/23/13 GLOBAL TERMINAL**

On 1/23/13 you were assigned to the outbound gate at Global Terminal.

The gate was scheduled to remain open until 6:00pm; you closed the gate prior to 5:45pm. At which time acting roundsmen Andre Cyrague Arrived. When he questioned you as to why you closed the gate you began to yell and curse stating no one ever told you when the gate was to be closed.

On 1/24/13 when roundsmen Ghaly attempted to clarify your actions related to the above incident you again raised your voice stating "I'm tired of this shit."

You were assigned to this post on prior occasions and performed your duties without incidents including securing the gate at designated times.

The gate was scheduled to be open until 6:00pm and you were compensated until that time.

Closure of the gates prior to the time designated by the management of the terminal causes operational delays and places a burden upon other security check points.

In the future should an incident of this type occur please advise the main gate, roundsmen on duty, or the FSO for further guidance and direction.

Also be advised that loud or abusive language is unprofessional and will not be tolerated.

Respect and dignity towards co-workers is critical in fostering a positive atmosphere in the work place.

As per your prior experience serving as an interim roundmen at Global, I hope you can understand the need for proper communication and respect for your co-workers.

BJK:jc
cc.    John Oates – PPGU – Oates@PPGU.net
Kenneth Karahuta - NYSA – kkarahuta@NYSAnet.org
Ray Gorski – PPGU – Gorski@PPGU.net
Rich Ciampi – Lambos Firm – Rciampi@Lambos.com

116 North Broadway, 2nd Floor • South Amboy, NJ 08879
Phone (732) 553-1520 • Fax (732) 553-1521

| DATE | NAME | WF # | TIME | |
|---|---|---|---|---|
| 12-13-12 | Selena El Mills | 12107 | 0800 | Missing two hours OT on |
| | Her last check week 12- | | 03-12 to | 12-09-12 Please correct error |
| | Manal Saleh | 12113 | 0800 | Needs Friday 12-14-12 off |
| | Martin Vancol | 11966 | 0851 | Needs to leave @ 1600 today |
| | John Saul | | 1105 | AFW Friday 12-14-2012 |
| | Manal Saleh | 12113 | 0800 | AFW Monday 12-14-2012 |
| | Donald Johnson | 11356 | 1140 | Asked for a bathroom break (Vito) |
| | Selena El Mills | 12107 | 1155 | Asked for a bathroom break (Vito) |
| | Ashraf Nassief | 11567 | 1243 | Needs to leave @ 1600 today |
| | Martin Vancol | 11966 | 1512 | Asked for a bathroom break |
| | Martin Vancol | 11966 | 1523 | Hasn't been relieved yet |
| | Donald Johnson | 11356 | 1534 | Asked for a bathroom break |
| | | | | |
| 12-14-12 | Selena El Mills | 12107 | 0800 | Not avi on Monday 12-17-12 |
| | and she's missing two | hours OT | on her check | 12-3-12 to 12-09-12 |
| | Andre Cyriaque | 12044 | 0825 | Not avi this weekend |
| | John Saul | | 0827 | AFW Monday 12-17-12 |
| | Julia Valdivia | 11964 | 0830 | AFW Saturday |
| | Martin Vancol | 11966 | 0833 | AFW Saturday 1600-2400 |
| | James Valdes | 12032 | 0834 | AFW Sunday 12-6-12 |
| | Donald Johnson | 11356 | 0845 | AFW Sat & Sun - No overnight |
| | Vito Gentile | 12056 | 0853 | AFW Sunday |
| | Tino Cuervo | 11993 | 0915 | Always AFW on weekends |
| | Ashraf Nassief | 11567 | 0940 | Closing his gate for a bathroom break |
| | Ashraf Nassief | 11567 | 1016 | Request for monday |
| | | " | | off 12-16-12 |
| | Ashraf Nassief | 11567 | 1045 | Asked for a bathroom break (Andre) |
| | Donald Johnson | 11356 | 1116 | Asked for a bathroom break |
| | Julia Valdivia | 11964 | 1116 | Called back to ask who will relieve her |
| | Martin Vancol | 11966 | 1218 | Asked for a bathroom break |
| | Martin Vancol | | 1227 | Nobody relieved him yet (Vito did) |

**2** ... **3**

| DATE | NAME | W.F.# | TIME | Notes |
|---|---|---|---|---|
| 12-4-12 | Sharon Reed | 12052 | 1326 | NOT AV. For Weekend |
|  | Battena |  |  | or Monday |
|  | Selena Mills | 12107 | 1333 | Drived hit Salena |
|  |  |  |  | Fence GATE ① |
| * | Black Jeep showing some scratches | | | (around) @ the rear bumper, |
|  | during S-O Gentile's shift, he was not aware of it. Saul advised |  |  | him to be careful. |
|  | Ahmed Nabil |  | 1543 | Covering Ash's post for 45 minutes * couple of minutes |
| 12-6-12 | Roberto Bahr | 11753 | 0936 | Called out sick. substituted by S.O. Valdes |
| 12-17-12 | Donald Johnson | 11356 | 0426 | Called out for today & tomorrow |
|  | John Walker | 09584 | 0430 | Will not be in on Tuesday 0-800 |
|  | Selena El Mills | 12107 | 0729 | Not in. For Tuesday 12-18-12 |
|  | Roberto Bahr | 11753 | 1000 | Called out for Tuesday 12-18-12 |
|  | John Saul | 12154 | 1143 | AFW Tuesday 12-18-12 |
|  | James Valdes | 12032 | 1518 | Needs to be relieve for a BB |
| 12-19-12 | John Saul | 12154 | 0805 | AFW Thursday 12-20-12 |
|  | Selena El Mills | 12107 | 1105 | AFW Thur + Fri + Sunday |
|  | 12-22-12, overnight only and Monday 12-24-12 0-1600 only |  |  |  |
|  | James Valdes | 12032 | 1115 | NOT AV. Weekend + Mon + Tue. JV |
|  | Manal Saleh | 12113 | 1120 | Not av Weekend + Mon + Tue. JV |
|  | Manal Saleh | 12113 | 1330 | Needs Wedn thru Thur off 12-26-12-27 |
|  | and she is available on | Friday | 12-28-12 | |
|  | Ashraf Nassief | 11567 | 1400 | AFW Wknd + Holiday 24/7 |
|  | Michele Mestolo | 12147 | 1533 | Called for time |
|  | Sharon Reeds | 12052 | 1557 | NOT AV. Weekend + Mon + Tue 12-24 + 25 |
|  | E. Lutak | 11944 | 5:25 | AFW Sun. 12-23-12 0-800 only |
| 12-20-12 | Selena El Mills | 12107 |  | AFW Sun 12-23-12 0-800 only |
|  | Monday 12-24-12 0800-1600 only. NOT. AV. Sat 12-22 + Tue. 12-25. |  |  |  |

| DATE | NAME | W.F.# | TIME | Notes |
|---|---|---|---|---|
| 12-20-12 | Nabil Ahmed |  |  | AFW Sat + Sun + Mon + Tue |
|  | Vito Gentile |  |  | AFW Saturday 12-22 + Tue 12-24 |
|  | Not Available Sun + Monday | | 12-23-12 + 12-25-12 | NOT AV. UNTIL Wed. 12-26-12 |
|  | Gary Bushell |  |  | AFW Mon + Tue 12-24 + 12-25 |
|  | Michele Mestolo | 12147 |  |  |
|  | NOT AVAILABLE THIS WEEKEND |  |  | NOT AV. UNTIL Wed. 12-26 |
|  | David Rose |  |  | NOT AV. UNTIL Wed. 12-26 |
|  | Martin Vancol | 11966 |  |  |
|  | Requesting Friday 12-21-12 OFF |  |  | NOT AFW Sat 12-22-12 AND |
|  | Donald Johnson | 11356 |  | Tue. 01-02-13. (Last Day working for the Co. 01-11-13) |
|  | Andre Cyriaque | 12044 |  | AFW Mon + Tue. 12-24 + 12-25 |
|  | NOT AVAILABLE THIS WEEKEND |  |  |  |
|  | Richard Manetto |  |  | NOT AV Mon + Tue. 12-24 + 12-25 |
|  | John Saul |  |  | AFW Friday 12-21-12 |
| 12-21-12 | Michele Mestolo | 12147 | 0800 | Leaving @ 1600 today |
|  | Donald Johnson | 11356 | 0800 | Needs to leave @ 1600 today |
|  | John Saul | 12154 | 0828 | AFW Wednesday 12-26-12 |
|  | Andrew Tadros | 12140 | 0830 | AFW Wednesday 12-26-12 |
|  | Roger Bahr | 11753 | 1245 | was offered Sun 0800-1600 |
|  | shift, by Sami. He turned it down |  |  |  |
| 12-26-12 | John Saul | 12154 | 1050 | AFW 12-27-12 |
|  | Martin Vancol | 11966 | 1135 | Needs a bathroom break |
|  | Vito Gentile | 12056 | 1440 | AFW Sat + Mon |
|  | Ashraf Nassief | 11567 | 1442 | AFW Sat + Sun + Mon + Tue |
|  | Julia Valdivia | 11964 | 1448 | AFW Sat + Sun + Mon + Tue |
|  | Selena El Mills | 12107 | 1453 | Needs a bathroom break |
|  | Tino Cuervo | 11993 | 1523 | AFW Mon + Tue. Not all this Wknd |
|  | Martin Vancol | 11966 |  | AFW Sat 1624 + Mon + Tue 18-16. NOT AV. SUNDAY |

4

| DATE | NAME | WF# | TIME | |
|---|---|---|---|---|
| 12-27-12 | Richard Manzzto | 11699 | 0800 | Needs to leave @ 1600 |
| | Andre Cyriaque | 12044 | 0800 | Needs to leave @ 1600 |
| | Selena El Mills | 12107 | 0800 | AFW Sun 12-30-12 0-1600 |
| | Andre Cyriaque | 12044 | 0930 | She has only 5 pages in Med. Memo Book |
| " | " | " | " | AFW Mon + Tue 12-31 + 01-01 |
| | John Saul | 12154 | 1015 | AFW Friday 12-28-12 |
| | Martin Vangol | 11966 | 1144 | Asked for a bathroom break |
| | Manal Saleh | 12113 | 1400 | AFW Frid + Sat + Sun |
| | E LuTak | 11944 | 738 | AFW Sun 12-30-12 4x12 (?) |
| 12-28-12 | Michele Mestoto | 12147 | 0800 | Needs to leave @ 1600 |
| | James Valdes | 12032 | 0800 | |
| | Martin Vangol | 11966 | 0911 | Needs to leave @ 1600 |
| | Roberto Bahr | 11753 | 0800 | Not av Tuesday 0-0800 |
| | John Saul | 12154 | 1024 | AFW Wednesday |
| | Manal Saleh | | 1330 | AFW Sat + Sund + Mon |
| 1-2-13 | John Saul | 12154 | 8:53 | AFW 1-3-13 |
| 1-2-13 | Kouna | | 11:21 | N AFW 1-3-13 |
| 1-2-13 | Donald Johnson | 11356 | 10:15 | Asked for a bathroom break |
| 1-2-13 | Martin Vangol | 11966 | 11:32 | Asked for a bathroom break |
| 1-2-13 | Selena El Mills | 12107 | 14:22 | Asked for a bathroom break |
| 1-2-13 | Ashraf Nassief | 11567 | 14:22 | Asked for bathroom break |
| 1-2-13 | James Valdes | 12032 | 14:47 | Asked for bathroom break |
| 1-2-13 | Richard Maneto | 11356 | 14:25 | Asked for bathroom break |
| 1-2-13 | Donald Johnson | 11356 | 15:22 | Asked for bathroom break |
| 1-2-13 | E LuTak | 11944 | 8:02 | AFW Sun 1-6-13 4x12 |

| DATE | NAME | WF# | TIME | |
|---|---|---|---|---|
| 1-3-13 | John Saul | 12154 | 0800 | AFW 1-4-13 |
| 1-3-13 | Selena El Mills | 12107 | 0800 | AFW Sunday 1-6-13 12 mid - 8am 8am - 4pm |
| 1-3-13 | Ashraf Nassief | 11567 | 1430 | Asked for a bathroom break |
| 1-3-13 | Martin Vangol | 11966 | 1440 | Asked for a bathroom break |
| 1-4-13 | Andre Cyriaque | 12044 | 0800 | Needs to leave @ 1600 |
| 1-4-13 | Martin Vangol | 11966 | 0800 | Needs to leave @ 1600 |
| 1-4-13 | Martin Vangol | 12032 | 0800 | N AFW on Th weekend |
| 1-4-13 | James Valdes | 12032 | 0800 | Needs to leave @ 1600 |
| 1-4-13 | Michele Mestoto | 12147 | 10:01 | AFW Monday 1-7-13 |
| 1-4-13 | James Valdes | 12032 | 11:19 | AFW Sunday |
| 1-4-13 | Vito Gentile | 12056 | 11:00 | AFW Saturday |
| 1-4-13 | Nabil Ahmed | | 11:33 | AFW Sunday |
| 1-4-13 | Ashraf Nassief | 11567 | 14:18 | Needs a bathroom break N AFW weekend |
| 1-4-13 | Manal Saleh | 12113 | 13:00 | N AFW + AFW weekend |
| 1-4-13 | Ashraf Nassief | 11567 | 13:00 | Not AFW Monday 1-7-13 |
| 1-4-13 | Donald Johnson | 11356 | 1550 | Needs bathroom break |
| 1-7-13 | Richard Maneto | 11698 | 09:48 | Go to Doctor said he Sni treatment -- call union and do what they say -- when they see good then came back with letter -- on a counseling I call them you what to do |
| 1-7-13 | David Deliso | 12139 | 10:48 | AFW Vito sammy speak to him and saw Dieu letter sign or put the freebody |

16

**Left table**

| DATE | NAME | WF # | TIME | |
|---|---|---|---|---|
| 1-7-13 | Veto Guthle | 12056 | 11:49 | emergency came Sammy sent him home |
| 1-7-13 | Martin V. | 11966 | 1:49 | Restroom Break |
| 1-7-13 | Don Johnson | 11356 | 2:05 | Needs to leave at 4:00 |
| 1-7-13 | Jim | 12032 | 2:06 | rest room break |
| 1-7-13 | Carmen D | 11780 | 3:24 | Rest Rm Break |
| 1-7-13 | Mr. Wu | 11587 | 3:38 | Rest Rm Break |
| 1-8-13 | Martin Vancol | 11966 | 07:03 | notified by Sammy 510 Martin Vancol arrived at his post outgoing gate 8 at other outgoing in PA 07:03 |
| 1-8-13 | Konna | | 10:35 | Not AFW 1-8-13 |
| 1-8-13 | John Saul | 12154 | 11:35 | AFW Wed 1-9-13 |
| 1-8-13 | Don Johnson | 11356 | 11:22 | Was to leave at 5:00 Barcode on PDC came in truck Barcode Don Johnson did not tell Asha |
| 1-8-13 | D Johnson | 11356 | 2:00 | |
| 1-8-13 | Martin V. | 11966 | 3:10 | Restroom Break |
| | Carmen D | 11780 | 3:11 | Restroom Break |
| | D. Johnson | 11356 | 3:11 | Restroom Break |
| | John Saul | 12154 | 3:29 | Called for Time |
| | Michele M | 12147 | 3:35 | Called for Time |
| | Salah M | 12113 | 4:10 | Called for Time |
| | Carmen D | 11780 | 4:25 | Can't stay after 5:00 |
| 1-9-13 | Carmen D. | 11780 | 1055 | Turned down overtime - Manager Instructed him to leave by 6 PM |
| 1-9-13 | Martin Vancol | 11966 | 1230 | Restroom Break |
| 1-9-13 | John Saul | 12154 | 1240 | AFW Tomorrow |
| 1-10-13 | John Saul | 12154 | 11:57 | A-FW Tomorrow 1-11-13 |
| 1-10-13 | Andre Tadrows | | 11:57 | A-FW 1-11-13 |
| 1-10-13 | D. Johnson | 11356 | 11:58 | need a Bathroom break. |
| 1-10-13 | Ashraf Nassief | 11567 | 12:17 | need a bathroom break. |

**Right table**

| DATE | NAME | WF # | TIME | |
|---|---|---|---|---|
| 1-10-13 | Selena Elmilis | 12107 | 1420 | need a bathroom break |
| 1-10-13 | Ashraf Nassief | 11567 | 1547 | need bathroom break. |
| 1-11-13 | Ashraf Nassief | 11567 | 1008 | need a bathroom break. |
| 1-11-13 | Selena Elmils | 12107 | 1102 | A-FW the weekend |
| 1-11-13 | Andre Tadrows | | 1102 | A-FW weekend |
| 1-11-13 | Ashraf Nassief | 11667 | 1102 | A-F-W weekend |
| 1-11-13 | Joan Saul | 12154 | 1400 | A-F-W weekend + Monday |
| 1-11-13 | Martin Vancol | 11966 | 1528 | need a bathroom break. |
| 1-18-13 | Ashraf Nassief | 11567 | 1500 | need to leave @ 1800 |
| 01-14-13 | Selena Elmils | | 0240 | call-out because her foot swollen |
| 01-14-13 | Joan Saul | 12154 | 8:00 AM | AFW Tomorrow |
| 01-14-13 | Ash Nassief | 11567 | 1140AM | Need a Bathroom Break |
| 1-16-13 | Konna A. | | | NOT AFW 1-17-13 1-18-13 |
| | John Sole | 12154 | 800 | AFW 1-17-13 1-22-13 |
| | Nabil | 12079 | 900 | bathroom relief |
| | Tino Cuervo | 11993 | | Konna reported bathroom 4 mo less from break 8 min |
| | Tino Cuervo | 11993 | 1503 | request for bathroom break Relieved by Sammi |

**8**                                                                                                          **9**

| DATE | NAME | WF # | TIME | | DATE | NAME | WF # | TIME | |
|------|------|------|------|---|------|------|------|------|---|
| 01/17/13 | Carmen Delgado | | 0640 | Called Out sick with a 8 AM start, Notified Sammy Roundman | 1/23/13 | Mohan | | | Called to speak to Sammy, had to go on oral med. Hospital & doc appt. Can't get into sick until Monday |
| 01/17/13 | John Saul | | | Available for work tomorrow 01/17/13 | 1-23-13 | Carmen D. | V1780 | 446 | Feb. 12 - not AFW. Going to Doc. |
| 1/17/13 | Carmen D. | | | AFW 1/18/13 | 1-23-13 | E. LuTak | 11944 | 520 | A Fw Sun. 1-27-4/12 |
| 1/18/13 | Selena EL | | | Not AFW 01/21/13 | 1-24-13 | Tino cuervo | | 950 | Requested to |
| 1/18/13 | A. Nassief | | | Request to leave at 4:00pm | | mark | | | leave at 1500 Family Issue |
| 1/18/13 | A. Nassief | | | AFW SAT, SUN, MON | 1-24-13 | John Saul | 12154 | 11°° | AFW Tomorrow |
| | Jim Valdez | 12032 | 8 15 | AFW Monday not AFW weekend | 1-24-13 | Asa | | 1147 | Bathroom Break |
| | mcnel | 12113 | 815 | AFW monday not AFW weekend | 1-24-13 | Andres Mestero | 12147 | 1340 | AFW Sunday Bathroom Break |
| | Andre | 12044 | 847 | AFW Monday not AFW weekend | 1-24-13 | Selena EL | | 1440 | |
| | | | | | 1-25-13 | Carmen | 11780 | | Not AFW Feb 12 |
| | tino cuervo | 11993 | 1110 | when asked if he had enough trains for outbound gate, replied yes | 1-25-B | Mike | 12147 | | have trouble with driver |
| | | | | | 01-25-13 | John Wshte | | | New Monday |
| | mike mislelu | 12147 | 1145 | AFW Monday | 1-25-13 | John Sole | 12154 | | AFW Tuesday |
| | David D. | 12139 | 1445 | AFW Tuesday | 1-25-13 | martin V | 11966 | | Requested Monday off to go to DMV |
| 1-26-13 | Konna | | 1045 | Sam sent him Sick home, he wasn't feeling well | 1-25-13 | Selena | 12107 | | Act AFW Mon Jan 28, 2013 |
| 1-28-13 | John Saul | | 1020 | AFW Opening day | 1-29-13 | Konna | | 1402 | Reported cut |
| 1-28-13 | Selena EL | | 1233 | Asked for Bathroom Break | 1-29-13 | John Sole | | 1402 | reported accident |
| 1-22-13 | Tino | | 351 | AFW 1-29-13 | 28-13 | John Walker | 100-958 | 10°° | Asked for day off / Tonight. |
| 1/23/13 | andrew | | | called for time | 28-13 | Andres Gyemique | 12044 | 8°° | Must leave a 4pm. |
| | | | | | 28-13 | Bob Mineto | | 11°° | Someone to go to the gutter. |
| | | | | | 28-13 | John Walker | 9587 | 1255 | Want to know if he is off. |

**10** / **11**

| DATE | NAME | WF# | TIME | |
|---|---|---|---|---|
| 1-28-13 | Tino Cuervo | 11993 | 1445 | Requested a Bathroom Break |
| 1-28-13 | Selena El | 12107 | 1519 | Came for Orders |
| 1-28-13 | Rich Minetto | 11699 | 1534 | Came for Bathroom Break |
| | | | | |
| 1-29-13 | Ashraf Nassief | 11567 | 800 | Requested to leave at 1600 |
| 1-29-13 | Martin Vancol | 11966 | 11:10 | Asking for bathroom break. |
| 1-29-13 | John Walker | 9587 | 1404 | 1st AFW 12-R Wed |
| 1-29-13 | Jim Valdez | 12032 | 1448 | need a bathroom break. |
| | | | | |
| 1-30-13 | Ashraf Nassief | 11567 | 800 | Requested to leave @ 1600 |
| 1-30-13 | Martin Vancol | 11966 | 12:48 | needs a bathroom break. |
| 2-1-13 | Nabil | 12079 | 1408 | Requested @ Form |
| | | | | For Ash to use |
| | | | | the Restroom |
| 2-1-13 | Selena C. El | 12107 | 0800 | Will not be Available |
| | | | | Following Days |
| | | | | N. AFW 12/11/13 2/1/13 - 2/4/13 |
| | | | | 2/8/13 - 2/25/13 - thru Appt |
| | | | | |
| 02-14-13 | Selena C. El | 12107 | 0800 | Will not Be In. APPT |
| | | | | on 2-8-13 to Have |
| | | | | w. Next 2 weeks Unavailable |
| | Andre Cyriaque | 12044 | 1520 | NAFW Sat & Sun 2-3 |
| | Martin Vancol | 11966 | 1520 | AFW Sat & Sun 2-3-13 |
| | Jimmy Valdes | 12032 | 1520 | NAFW Sat & Sun 2-3-13 |
| | Manil Saleh | 12113 | 1520 | NAFW Sat & Sun 2-3-13 |
| | Vito Gentile | 12056 | 1520 | AFW Sat ONLY 2/2/13 |
| | | | | NAFW Sun 2-2-13 |
| | A. Nassief | 11587 | 1520 | AFW Saturday 2/2/13 |
| | | | | NAFW Sun 2-2-13 |
| | Selena C. El | 12107 | 1520 | AFW Sun ONLY 2-3-13 |
| | | | | NAFW Sat 2-2-13 |

| DATE | NAME | WF# | TIME | |
|---|---|---|---|---|
| 02-06-13 | Selena El Mills | 12107 | 0820 | Not Av Thursday out Av |
| | | | | on Friday 02-08-13. |
| | Tino Cuervo | | 0830 | Needs to leave by 3 PM to- |
| | morrow to go to the Transit Union | | | |
| 02-06-13 | Martin Vancol | 11966 | 10:47 | need a bathroom break. was |
| 02-06 | ordered to come his gate. (Came to the Adm Bldg) |
| | Nabil Ahmed | 12079 | 1127 | Concern SO Nassief for a B.B |
| | Carmen Delgado | 11780 | 1315 | Asked for a BB - SO Cyriaque relieved |
| | Michell Mestolo | 12147 | 1325 | AFW Sunday 02-10-13 |
| | E. LuTak | 11944 | 507 | AFW Sun 2-10 4X12 |
| | E. LuTak | 11944 | 5:16 | Not Afw Fri 2-8 |
| | | | | |
| 02-07-13 | Tino Cuervo | 11993 | 0800 | Leaving @ 1500 today |
| | James Valdes | 12032 | 1340 | Not Av this weekend |
| | Sharon Reed | 12052 | 1343 | Not Av Friday 02-08-13 |
| | Sharon Reed | 12052 | 1415 | AFW on Sunday 02-10-13 |
| x | James Valdez | 12032 | 1423 | Not Av Thursday 02-28-13 |
| | | | | |
| 02-08-13 | Selena El Mills | 12107 | 0800 | Not AFW Sat & Sun & Mon |
| | Martin Vancol | 11966 | 0903 | Not AFW this weekend |
| | Vito Gentile | 12056 | 0905 | AFW Sunday |
| | John Soul | 12154 | 1411 | AFW Monday |
| | Tino Cuervo | | 1620 | Turned down OT Sat 1600-2400 |
| 02-10-13 | E. LuTak | 11944 | 432 | AFW 2-12 Tues. 4X12 |
| | | | | |
| 02-11-13 | Ashraf Nassief | 11567 | 0800 | AFW Tuesday 02-12-13 |
| | John Walker | 09587 | 0800 | Not Av on Tuesday 02-12-13 |
| | Vito Gentile | 12056 | 0800 | AFW Tuesday 02-12-13 |
| | James Valdes | 12032 | 1005 | AFW Tuesday 02-12-13 |
| | Andre Cyriaque | 12044 | 1045 | Must leave 4PM Today. |

12

13

| DATE | NAME | WF # | TIME | |
|------|------|------|------|---|
| 02-11-13 | John Seoul | 12154 | 1405 | AFW Tuesday 02-12-13 |
| 02-11-13 | David Deliso | 12139 | 1530 | Needs to leave at 1600 today |
| | | | | |
| 02-13-13 | John Saul | 12154 | 0800 | AFW Thursday 02-14-13 |
| i | Carmen Delgado | 11780 | 0800 | Requested off Tuesday 02-19-13, |
| | Friday, 03-08-13 and Thursday 03-21-13 | | | |
| | Tino Cuervo | 1008 | 11993 | was using his cell phone while |
| | on duty, Saul asked H/H to stop. | | | |
| | As H | 11567 | 518 | 8.8 cover by Andre |
| | Selena El | 12107 | 526 | must leave at 8:00 pm |
| | E-Lutak | 11944 | 8:00 | AFW 2-17-2-18 4x12 |
| 02-14-2013 | D. Deliso | | 0608 | No calls lateness |
| 02-14 2013 | M. Vencol | | 0715 | Requesting to leave |
| | | | | @ 4:00PM |
| | | | | |
| 02-14-13 | John Saul | 12154 | 0920 | AFW Friday 02-15-2013 |
| | James Valdes | 12032 | 1105 | Requested to go to renew HIS 7.0 COLED |
| | Julia Valdivia | 11964 | 1110 | Requested to go to renew ACR, 5.0 cold over |
| ill | Sharon Read | | 1207 | Not AFW Friday 02-15-2013 |
| | and AFW Sunday + Monday, 02-17/18 | | | |
| | Andre Cyriaque | | 1406 | AFW Sat + Mon Feb 16+18 |
| | Julia Valdivia | 11964 | 1407 | AFW Sunday |
| | | | | |
| 02-15-13 | As H | | | Ava. Sat or Sun 8-4 |
| | | | | Ava. Mon |
| 02-15-13 | Selena El | | | Not Ava Sat |
| | | | | AFW-Sun 02/17/13 |
| | | | | 11-8/4 8-4 |
| | | | | Not AFW Mon Tues |
| 02/15/13 | Jimmy Valdez | | | Not AFW Sat Sun Mon |
| | Martin Vencol | | | Not AFW Sat Sun Mon |

| DATE | NAME | WF # | TIME | |
|------|------|------|------|---|
| 02-15-13 | Julia Valdivia | 11964 | 0800 | AFW Sunday 02-17-13 |
| | David Rose | 09460 | 0800 | Will be a few minutes late to de |
| | to traffic | | " | |
| | Tino Cuervo | 11993 | 1213 | Needs to leave @ 1500 on Tuesda |
| | to go to the Federal Credit Union. | | | |

14

| Date | Name | Number | Time | Note | | Date | Name | Number | Time | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 02-25-13 | Ashraf Nassief | 11567 | 0916 | Asked for a BB - using the time | | 02/27/13 | Carmen Delgada | | 0525 | called she said she be off time |
| | John Saul | 12154 | 1600 | AFW Tuesday 02-26-13 | | | | | | |
| | Martin Vancol | 11966 | 1129 | asked for a BB-SC grandee relieved | | | Carmen Delgada | | 0551 | called - changing date |
| | Sharon Reed | 12052 | 1245 | Not AV Tuesday 02-26-13 | | | Sammy - | | 0620 | Sammy called Patrol |
| | Tino Cuervo | 11993 | 1405 | Rest Room Break | | | | | | to locate Vtao concit gate |
| | David Deliso | 12139 | 1529 | Needs 15 leave E.4 PM on Tuesday | | | | | | open to 0603 |
| | David D | 12139 | 4:10 | RR Break | | 02/27/13 | Wu Yu | | 0704 | called late 15 mins. |
| | Richie | 11699 | 412 | RR Break | | | | | | Ordered by Sammy |
| | Mark K | 12095 | 654 | Bang out 8X4 | | | | | | Wu Yu 8AM start |
| | E. Lutak | 11944 | 705 | Asked to come 13:00 | | | John Saul | 12154 | | AFW Thursday 02-28-13 |
| | | | | Made an appt. in Jan. | | | Martin Vancol | 11966 | 1153 | Needs a BB - SO Sail relieved him |
| | | | | for 9:30 can't cancel. | | | Carmen Delgad- | 11780 | 1528 | Ask for bathroom break. |
| | | | | | | 02-28-13 | | | | |
| | | | | | | | Martin Vancol | 11964 | 0941 | AFW Sunday 8-16 only |
| 02/26/13 | Selena El. | 12107 | 0510 | NAFW March 4, 5 | | | Ahmad Nabil | 12079 | 0944 | AFW Sat & Sun |
| | | | | | | | Tino Cuervo | 11993 | 0945 | AFW Sat & Sun |
| | Carmen Delgada | | 0710 | AFO.T. Today & | | | Tino Cuervo | 11993 | 0945 | Needs a BB - bal E room |
| | | | | Tomorrow | | | David Deliso | 12139 | 0957 | Needs a BB - Vito |
| | James Valdes | 12032 | 0935 | Needs a BB - Vito relieved him | | | John Saul | 12154 | 1367 | AFW Friday 03-01-13 |
| | John Saul | 12154 | 1103 | AFW Wednesday 02-27-13 | | | Ashraf Nassief | 11567 | 1353 | Needs a BB - by Salem |
| | Ashraf Nassier | 10567 | 1120 | Needs BB - Vito relieved him | | | Selena El | 12107 | 1500 | Needs a BB by Vito |
| | Martin Vancol | 11966 | 1157 | Needs a BB - use the tone | | | Richard Yanetto | | 1538 | Needs a BB - by Vito |
| | David Deliso | 12139 | 1217 | Needs a BB - relieved by Vito | | | | | | |
| | Tino Cuervo | 11993 | 1501 | Needs a BB - relieved by Vito | | 03-01-13 | Selena El. | 12107 | 0505 | AFW Sunday 8-4  03/03/ |
| | John Saul | 12154 | 1225 | AFW Wednesday 02-27-13 | | | A. Nassief | 11567 | 0537 | request to leave at 4:00 pm |
| | Julia Valdivia | 11964 | 1515 | Turned Down OT E Gil A. | | | | | | AFW Sat, Sun 8-4 |
| | Manal Saleh | 12113 | 1515 | Turned Down OT E Gil A. | | | Michael M | 12147 | 0730 | sick - Sammy sent him |
| | relieved by S.O. Gentile, Sgt E his post E 1520 | | | | | | | | | home |
| | Manal Saleh | 12113 | 1515 | NAFW Thu 2-28-07-13 off | | | John Saul | 12154 | 0731 | AFW Monday 03/04/ |
| | E. Lutak | 11944 | 1118 | AFW SAT 3-2-4x12 | | | Ashraf Nassief | 11567 | 1120 | Needs a BB - using the tone |
| | | | | | | | Martin Vancol | 11966 | 1140 | Needs a BB - using the tone |

16.                                                                                                                                          17

| DATE | NAME | WF# | TIME | | DATE | NAME | WF# | TIME | |
|---|---|---|---|---|---|---|---|---|---|
| 03-01-13 | Manal Saleh | 12113 | 0800 | AFW Sat 0800-1600 | | Cheir Mestoso | 12147 | 1619 | Asking about tomorrow sched |
| | David Deliso | 12139 | 1225 | AFW Il Kps, except Sat 0-0800 | | Selena El Mius | 12107 | 1554 | Asking about tomorrow sched |
| | Richard Hanetto | 11699 | 1426 | Needs a BB - by Cynique | | John Saul | 12154 | 1544 | Asking about tomorrow sched |
| | Tino Cuervo | 11993 | 1446 | Needs a BB - by Cynique | | | | | |
| 03 03-13 | E Lu TA/C | 11944 | 1200 | Turn Down 8-4 Appt. | 03-06-13 | Ashraf Nassief | 11567 | 0800 | Needs Thu 03-07-13 OFF |
| 03 03-13 | R Bahr | 11753 | 1200 | N A F W - Off Day Monday | | David Deliso | 12139 | 0800 | Needs to leave @ 0600 today |
| | | | | 03/04/13. OKd by Sammy | | Richard Hanetto | 11699 | 0930 | Needs a BB - by Cynique |
| | | | | | | Martin Vancol | 11966 | 1235 | Needs a BB via the cone |
| 03-04-13 | John Saul | 12154 | 0905 | | | Ashraf Nassief | 11567 | 1330 | AFW Sunday only |
| | Roberto Bahr | 11753 | 0914 | Called off for Tuesday 03-05-13 FWB | | Selena | 12107 | 1440 | didn't receive |
| | Elizabeth Lutal | 11944 | 1245 | Was called for O.T. she | | " | " | | Lunch break |
| | did not call back | | | DID CALL BACK! | | John Saul | 12154 | 1544 | Called on time |
| | Sharon Reed | 12052 | 1300 | Was cauld for OT she accepted it | 03-06-13 | Carmen D | 11780 | 1705 | can not make it tomorrow |
| | Ashraf Nassief | 11567 | 1325 | Needs a BB - by Cynique | | | | | she can't come |
| | James Valdez | 12032 | 1415 | Needs a BB - by Cynique | | | | | at 0830 |
| | Tino Cuervo | 11993 | 1542 | Needs a BB - by Gentle | | E. LuTAC | 11944 | 1643 | AFW Sun. 3-10-4X12 |
| | Richard Hanetto | 11699 | 1546 | Needs a BB by | | | | | |
| | Carmen D. | 11780 | 418 | Needs BB by Sharon | 03-07-13 | John Saul | 12154 | 0830 | AFW Friday 03-08-13 |
| | Ash | 11567 | 6:30 | Needs BB by S/Sharon | | David Deliso | 12139 | 0845 | NAFW BB - Jelly by So Saul |
| | John Saul | 12154 | 8:18 | Still Sick C FLU | | Carmen Delgado | 11780 | 0952 | Needs a BB - John Saul |
| | | | | | | Ashraf Nassief | 11567 | 1031 | Needs a BB - Connect via Gate |
| 03-05-13 | John Saul | 12154 | 0857 | AFW Wed. 03-06-13 | | Julia Valdivia | 11964 | 1145 | Needs a BB rel B 30 Gentle |
| | David Deliso | 12139 | 1637 | Needs a BB by Cynique | | Martin Vancol | 11966 | 1219 | Needs a BB rel by SG Yesterday |
| | Roberto Bahr | 11753 | 1637 | AFW Thu 03-07-13 | | Sharon Reed | 12052 | 1549 | AFW Sunday 03-10-13 |
| | Martin Vancol | 11966 | 1641 | Needs a BB - by Cynique - rel by Saul | | | | | |
| | Carmen Delgado | 11780 | 1410 | Was told by Saul that she | | | | | |
| | can leave when she needs to, | | | He'll get someone to relieve her, | | | | | |
| | She responded that she can stay until 6 PM. | | | | | | | | |
| | Ashraf Nassief | 11567 | 1430 | Needs a BB - by Cynique | | | | | |
| | Dave D | 12139 | 1505 | Request for bathroom | | As per Saul: A relief was ordered for her @ 1545 |
| | | | | 4040H clock | | | | | |
| | Elizabeth Lutal | 11944 | 1610 | Came in 5min late, phone | | | | | |
| | | | | Was here 12 o'noon No Rel @ 3:56 | | | | | |

**18** / **19**

| DATE | NAME | WF # | TIME | |
|------|------|------|------|---|
| 3-7-13 | Saleh | 12113 | 8:20 PM | CALLED FOR TIME |
| | | | | |
| 02-08-13 | Selena El | 12107 | 0520 | AFW SUN 2-4 03/10/13 |
| | A. Nassief | 11567 | 0605 | Request to leave at 4pm Today 02/08/13 |
| | | | | AFW - SAT SUN 02/10/13 - ONLY |
| | M. Vancol | 11966 | 0640 | AFW Sunday 02/10/13 8 to 4 ONLY |
| | Ahmad Nabil | | 0650 | AFW SAT SUN 02/09/13 02/10/13 |
| | M Vancol | 11966 | 0728 | Called Request to leave at 4:00PM TODAY 02/08/13 |
| 02-08-13 | David Deliso | 12139 | 0755 | Will Be 5 minutes late |
| | Vito Gentile | | 0800 | AFW SATURDAY 03-09-13 |
| | James Valdes | 12032 | 0800 | AFW WEDNESDAY 02-13-13 OFF |
| | Ashraf Nassief | 11567 | 0800 | AFW SAT + SUN |
| | David Deliso | 12139 | 0944 | NEEDS A BO WEDNESDAY |
| | David Deliso | 12139 | 1633 | Request for a ride to the message C |
| | David Deliso | 12139 | 1900 | Broken down truck outbound |
| | Gary Bushell | | 1455 | Turned Down O.T. |
| 02-11-13 | Michele Mestolo | 12147 | 0805 | NEEDS TUESDAY 1700 TODAY |
| | Martin Vancol | 11966 | 0808 | NEEDS Tricky 03-12-13 OFF |

| DATE | NAME | WF # | TIME | |
|------|------|------|------|---|
| 03-11- | James Valdes | 12032 | 1105 | Needs off the following DAYS: Thu + Fri May 9th + 10th + Mon + Tue May 13th + 14th |
| | David Deliso | 12139 | 1138 | Needs Tuesday 03-12-13 OFF |
| | Tino Cuevo | 11993 | 1458 | Needs a BO |
| | David Deliso | 12139 | 1517 | NOT AFW Tues |
| | Tino Cuevo | | 1519 | was told by Sammy he to use the bathroom in Receiving but used the bathroom in Shipping building |
| 3-12-13 | Vito Gentile | 12056 | 1418 | not AFW Thursday 3-14-13 |
| | John Saul | 12154 | | AFW WEDNESDAY 03-13-13 |
| 03-13-13 | David Deliso | 12139 | 0820 | NEEDS a BO told by Gentile |
| | Ashraf Nassief | 11567 | 1108 | Needs A BO told by Saul 03/16/13 |
| | Martin Vancol | 11966 | 1138 | Asked for a BO told by Naldo |
| | Richard Manetto | 11699 | 1307 | Needs a BO told by Mestolo |
| | E. LuTak | 11944 | 1036 | AFW Sun 3-17 + Mon 3-18th |
| 03-14-13 | Selena El | 12107 | 0510 | AFW SUN 03/17/13 12-8 or 2-4 |
| | A. Nassief | 11567 | 0555 | Request to leave at 4:00pm |
| | John Saul | 12154 | 0800 | AFW FRIDAY 03-15-13 |
| | Mark Kwakye | 12095 | | He's going to be a few minutes LATE |
| | Mark Kwakye | 12095 | | WAS LATE 18 MINUTES |
| | Selena El Mills | 12107 | 0910 | Needs a BO told by Jo Reed |
| | Manal Saleh | 12133 | | NOT AFW Friday 03-15-13 |
| | Carmen Delgado | 11780 | | NOT AVF Friday 03-15-13 |
| | Sharon Reed | | | AFW SUNDAY 03-17-13 |

20

| | | | | |
|---|---|---|---|---|
| 03-14-13 | ASHRAF NASSIEF | 11567 | 1125 | NEEDS A BB - rel by S.O. Mestolo |
| | STEPHANIE BROOKS | 12084 | 1141 | CALLED FOR POSTED JOBS, WAS TRANSFERRED |
| | STEPHANIE BROOKS | 12084 | 1311 | CALLED AGAIN FOR POSTED JOBS |
| | IT WAS TRANSFERRED TO SAMI'S EXTENSION (4060) | | | |
| | JAMES VALDES | 12032 | 1340 | NEEDS A BB - rel by S.O. Saleh |
| | ASHRAF NASSIEF | 11567 | 1400 | NEEDS TO LEAVE @ 1600 TODAY |
| | AND TOMORROW. (THU + FRIDAY). | | | |
| | DAVID DELISO | 12139 | 1405 | NEEDS A BB - |
| | TINO CUERVO | 11993 | 1502 | NEEDS A BB - rel by S.O. Mestolo |
| | SELENA EL MILLS | 12107 | 1529 | NEEDS A BB - rel by S.O. Mestolo |
| | DAVID DELISO | 12139 | 1542 | ASKED TO HAVE A VEST |
| | RICHIE M. | 11699 | 424 | ASKED FOR BB |
| | MARK K | 12095 | 521 | ASK FOR BB NOT GIVEN 2ND BREAK |
| | WU YU | 11587 | 537 | CALL FOR TIME |
| | VITO G. | 12056 | 1118 | CALL FOR TIME |
| | | | | |
| | | | | |
| 03-15-13 | A Cyriaque | | 0500 | NOT AFW SAT SUN MON |
| | A Nassief | 11567 | 0555 | Request to leave at 4pm |
| | | | | AFW SUN & MON 8 to 4 |
| | Michael M. | 12147 | 0600 | Request to leave at 5pm |
| | Jimmy Valdez | 12032 | 0715 | AFW - MON |
| | David Delsio | 12139 | 0730 | Request to leave at 3pm |
| | MICHELE MESTOLO | 12147 | 0800 | NEEDS WED 03-20-13 OFF |
| | MARTIN VANCOL | 11966 | 0918 | AFW SAT 03-16-13 1600-2400 |
| | ANDRE CYRIAQUE | 12044 | 0938 | NEEDS TO LEAVE @ 1600 TODAY |
| | JOHN SAUL | 12154 | 1036 | AFW TUESDAY 03-19-13 |
| | MARK KWAKYE | 12095 | 1050 | NEEDS TO LEAVE @ 1600 |
| | VITO GENTILE | 12056 | 1024 | AFW SATURDAY |
| | TINO CUERVO | 11993 | 1335 | NEEDS A BB - rel by S.O. Mestolo |
| | ASHRAF NASSIEF | 11567 | 1401 | NEEDS A BB - rel by S.O. Mestolo |

2[illegible]

| DATE | NAME | WFC # | TIME | |
|---|---|---|---|---|
| 03-15-13 | MARTIN VANCOL | 11966 | 1458 | NEEDS A BB - rel by S.O. Gentile |
| | SELENA EL MILLS | 12107 | 1510 | NEEDS A BB - rel by S.O. Gentile |
| | WALKER | 9587 | 357 | CALL FOR TIME |
| | | | | |
| 03-17-12 | CARMEN DELGADO | 11780 | 1838 | CALLED FOR TIME S/O EL |
| | | | | |
| 03-18-12 | CARMEN DELGADO | 11780 | 0605 | CALLED OUT SICK S.O. RB |
| | TINO CUERVO | 11993 | 0800 | NOT AV. MONDAY 03-25-13 |
| | JOHN SAUL | 12154 | 1100 | AFW WED. 03-20-13 |
| | MANAL SALEH | 12113 | 1104 | NOT AV. WED 03-20-13 |
| | DAVID DELISO | 12139 | 1146 | NEEDS A BB - rel by S.O. Mestolo. |
| | JAMES VALDES | 12032 | 1245 | NEEDS A BB - |
| | RICHARD MANETTO | 11699 | 1250 | NEEDS A BB - |
| 03-18-13 | MANAL SALEH | 12113 | 1740 | CALLED OUT FOR TUESDAY 03-18 |
| 03-19-13 | HER SON IS AT THE HOSPITAL | | | |
| | TINO CUERVO | 11993 | 1315 | NEEDS A BB, AFTER RETUR- |
| | NING FROM HIS LUNCHTIME @ 1300, AS PER SAMI + S.O. WABIL | | | |
| | TINO CUERVO | 11993 | 1326 | CALLED BACK, ASKING WHY HIS |
| | RELIEF IS TAKING SO LONG? SAMI ASKED S.O. SAUL TO RELIEVE HIM, BUT | | | |
| | HE'S RELIEVING SOMEBODY ELSE, S.O. GENTILE WILL RELIEVE TINO. | | | |
| | MANUEL RODRIGUEZ | | 1330 | SAID; HE DIDN'T HAVE HIS LUNCH- |
| | TIME YET. | | | |
| | CARMEN DELGADO | 11780 | 1431 | AFW WED. 03-20-13 |
| | TINO CUERVO | 11993 | 1517 | NEEDS A BB rel by S.O. Gentile. |
| | DAVID D. | 12139 | 416 | NEEDS BB cov. by michele |
| | SELENA | 12107 | 413 | CALLED FOR TIME |
| | E. LUTAK | 11944 | 534 | NO OT MUST BE ON TIME |
| | | | | |
| 03-20-13 | CARMEN DELGADO | 11780 | 0800 | NEEDS TO LEAVE @ 1600 TODAY |
| | ROBERTO BAHR | 11753 | 0912 | WILL BE OFF THU. 03-21-13 |
| | DAVID DELISO | 12139 | 0914 | FEELING SICK, HE'S GOING HOME |